UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

v.

25 ROYAL ROAD,
BROOKLINE, MASSACHUSETTS,
Defendant,

## Notice of Claim

Now comes the Claimants, Steven T. Byer and Paul W. Eysie and hereby request this Honorable Court to take notice of this claim for the reasons stated in the Affidavit of Steven T. Byer and Paul W. Eysie attached hereto.

Dated: Feb. 17, 2004

Paul W. Eysie
853 Washington Street
Norwood, MA 02062
781 762-6607