UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>25 ROYAL ROAD, )<br>BROOKLINE, MASSACHUSETTS, )<br>Defendant. )<br>) | Civil Action No. 04-10191-DPW |

VERIFIED STATEMENT OF MELISSA WALTER

Pursuant to 21 U.S.C. § 881(d), 18 U.S.C. § 983(a)(4)(A), and Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Melissa Walter, in her capacity as executrix of the will of Doris Walter, and in her individual capacity as a devisee with respect to the subject property, hereby states her interest in the property located at 25 Royal Road, Brookline, Massachusetts, and all buildings, appurtenances, and improvements thereon ("the Defendant Property").

1. Melissa Walter lives at 292 Hillside Street, Milton, Massachusetts 02186. Ms. Walter is the daughter of Doris M. Walter.

2. At all relevant times, title to the Defendant Property has been in the name of Doris M. Walter.

3. Doris M. Walter died on May 16, 2003.

4. Melissa Walter is the executrix of the will of Doris M. Walter.

5. The residuary clause of the will of Doris M. Walter (Article IV) provides for the residue of the estate, which includes the Defendant Property, to be distributed in equal shares to Melissa Walter and her brother, Kurt Walter.

6. Under Massachusetts law, title to the Defendant Property descended directly to Melissa Walter and her brother, Kurt Walter.

Dated: February 27, 2004

MELISSA WALTER
By her attorneys,

*[signature]*

Peter B. Krupp
B.B.O. #548112
Sara A. Laroche
B.B.O. #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. 617-367-1970

## VERIFICATION

I, Melissa Walter, state that I have read the foregoing Verified Statement of Melissa Walter and that the contents thereof are true to the best of my knowledge, information and belief.

Dated: February 27, 2004

*[signature]*
Melissa Walter

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Boston, Massachusetts

Then personally appeared before me the above-named Melissa Walter who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed. Subscribed to and sworn to before me this 27th day of February, 2004.

*[signature]*
Notary Public
My commission expires

> SARA A. LAROCHE
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> November 28, 2008

2

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, certify that a true copy of this document was served on AUSA Jennifer H. Zacks, U.S. Attorney's Office, J. Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110, and on Paul W. Eysie, 853 Washington Street, Norwood, MA 02062, by first-class mail on February 27, 2004.

Peter B. Krupp