UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>25 ROYAL ROAD, BROOKLINE,    )<br>MASSACHUSETTS.               )<br>          Defendant.         ) | Civil Action No. 04-10191-DPW |

### UNITED STATES' MOTION FOR ENTRY FOR JUDGMENT BY DEFAULT AGAINST KURT WALTER

The United States of America, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that a judgment by default be entered against Kurt Walter pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

In support of this motion, the United States submits:

1.   On March 23, 2004, the United States filed a Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Kurt Walter, who has a 50% interest in the defendant property, 25 Royal Road, Brookline, Massachusetts (25 Royal Road), for failure to file a verified statement or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2.   On March 26, 2004, this Court granted the United States' Motion for Entry of Default Against Kurt Walter in this civil forfeiture action for failure to file a verified statement as provided for in Supplemental Rule C(6).

3.    The United States moved for entry of default against Kurt Walter under Rule 55(a) in anticipation of a final judgment against Kurt Walter in this civil forfeiture action pursuant to Rule 55(b). See United States v. $23,000 in United States Currency, 356 F.3d 157, 163 (1st Cir. 2004).  This Court's entry of default formally recognizes that Kurt Walter failed to file a verified statement or otherwise defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  See Id.

4.    In contrast to this Court's entry of default, an entry of judgment by default against Kurt Walter will serve as "a final disposition" of this civil forfeiture action as to his interest in 25 Royal Road and it will have the "same effect as a judgment rendered after a trial on the merits."  See Id.

At this time, the United States is entitled to entry of a judgment by default against Kurt Walter, and requests that this Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, enter a judgment by default against Kurt Walter.

A proposed order is attached for consideration of the Court.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:  /s/ Jennifer H. Zacks
                 JENNIFER H. ZACKS
                 Assistant U.S. Attorney
                 Suite 9200
                 1 Courthouse Way
                 Boston, MA 02210
                 (617) 748-3100

                 Date: March 26, 2004