UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>          Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br> 25 ROYAL ROAD, BROOKLINE,    )<br> MASSACHUSETTS.               )<br>          Defendant.         ) | Civil Action No. 04-10191-DPW |

### ORDER FOR ENTRY FOR JUDGMENT BY DEFAULT AGAINST KURT WALTER

WOODLOCK, D.J.:

WHEREAS, on March 23, 2004, the United States filed a Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Kurt Walter, who has a 50% interest in the defendant property, 25 Royal Road, Brookline, Massachusetts (25 Royal Road), for failure to file a verified statement or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

WHEREAS, on March 26, 2004, this Court granted the United States' Motion for Entry of Default Against Kurt Walter in this civil forfeiture action for failure to file a verified statement as provided for in Supplemental Rule C(6);

WHEREAS, on March 26, 2004, the United States filed a Motion for Entry for Judgment By Default Against Kurt Walter pursuant to Rule 55(b).

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

The United States' Motion for Entry for Judgment By Default Against Kurt Walter pursuant to Rule 55(b) of the Federal Rules of Civil Procedure is allowed.

The United States is entitled to judgment by default against Kurt Walter pursuant to Rule 55(b), and judgment by default is hereby entered against Kurt Walter in this civil forfeiture action.

_____
DOUGLAS P. WOODLOCK
United States District Judge

Dated: