UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>25 ROYAL ROAD, BROOKLINE,<br>MASSACHUSETTS.<br>        Defendant. | Civil Action No. 04-10191-DPW |

## ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTY LOCATED AT 25 ROYAL ROAD, BROOKLINE, MASSACHUSETTS

WOODLOCK, D.J.:

It is hereby ORDERED, ADJUDGED, and DECREED that:

1.  The parties' Joint Motion for Interlocutory Sale of real property located at 25 Royal Road, Brookline, Massachusetts (25 Royal Road) is allowed.

2.  The sale will take place in accordance with the terms of paragraph 12 of the attached Joint Motion for Interlocutory Sale.

3.  The *lis pendens* issued in this matter, and recorded in the Norfolk County Registry of Deeds on or about December 5, 2003, in Book 20281, Page 536, shall be released and dissolved effective upon the recording in said Registry of Deeds of a deed conveying 25 Royal Road from the Estate of Doris M. Walter to Paul W. Eysie and Steven T. Byer, or their nominees, and reflecting consideration paid of $765,000.00.

4.  At the conclusion of all forfeiture proceedings relating to 25 Royal Road, including civil, criminal and any ancillary proceedings, the monies held by the Court will be disbursed

pursuant to further order of the Court.

DONE and ORDERED in Boston, Massachusetts this 23rd day of March, 2004.

Dated: 3/23/04

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE