UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
v. )   Civil Action No. 04-10191-DPW
         )
25 ROYAL ROAD, BROOKLINE, )
MASSACHUSETTS. )
        Defendant. )

### ORDER FOR ENTRY OF DEFAULT AGAINST KURT WALTER

WOODLOCK, D.J.:

    WHEREAS, on January 27, 2004, the United States filed this civil forfeiture action, naming 25 Royal Road, Brookline, Massachusetts as the *in Rem* defendant;

    WHEREAS, this Court issued a monition on January 29, 2004;

    WHEREAS, on February 13, 2004, Kurt Walter, through his attorney, was served with the Complaint for Forfeiture *in Rem* and the monition;

    WHEREAS, in this civil forfeiture action Kurt Walter has failed to file a verified statement required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and the time for filing such statements expired on March 15, 2004.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

The United States' Motion for Entry of Default against Kurt Walter, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure is allowed and default is hereby entered against Kurt Walter in this civil forfeiture action for failure to file a verified statement as provided for in Supplemental Rule C(6).

Dated: *March 26, 2004*

DOUGLAS P. WOODLOCK
United States District Judge