```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,       )
          Plaintiff,       )
                           )
     v.                          )   Civil Action No. 04-10191-DPW
                           )
$722,767.41 AS SUBSTITUTE RES   )
FOR 25 ROYAL ROAD, BROOKLINE,   )
MASSACHUSETTS.                  )
          Defendant.       )

## ORDER FOR ENTRY OF DEFAULT

WHEREAS, on January 27, 2004, the United States filed this civil forfeiture action, naming 25 Royal Road, Brookline, Massachusetts as the in Rem defendant;

WHEREAS, this Court issued a monition on January 29, 2004;

WHEREAS, on February 17, 2004, February 24, 2004, and March 2, 2004, pursuant to this Court's monition, the United States published in the Boston Herald of its intent to forfeit 25 Royal Road;

WHEREAS, on February 27, 2004, Melissa Walter, by her attorney, filed a verified statement, claiming an interest to 50% of 25 Royal Road;

WHEREAS, On March 26, 2004, this Court entered a default against Kurt Walter;

WHEREAS, in this civil forfeiture action other parties have failed to file a verified statement required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims to the remaining 50% interest in 25 Royal Road, and the time for filing

such statements expired on April 2, 2004.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

The United States' Motion for Entry of Default against all other parties pursuant to Rule 55(a) of the Federal Rules of Civil Procedure is allowed, and default is hereby entered against all other parties in this civil forfeiture action as to the remaining 50% interest in the defendant property, $722,767.41 as substitute <u>res</u> for 25 Royal Road for failure to file a verified statement as provided for in Supplemental Rule C(6).

 

_____
DOUGLAS P. WOODLOCK
United States District Judge

Dated: