UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>25 ROYAL ROAD, BROOKLINE, MA,<br>Defendant. | )<br>)<br>)  Civil Action No.<br>)  04-10191-DPW<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

The attorneys listed below hereby appear as counsel for Kurt Walter in the above-captioned case.

                                                  Respectfully submitted,
                                                  Kurt Walter
                                                  By his attorneys

                                                  William Cintolo (BBO# 084120)
                                                  Nicholas A. Kenney (BBO# 650784)
                                                  COSGROVE, EISENBERG & KILEY, P.C.
                                                  One International Place, Suite 1820
                                                  Boston, MA 02110
                                                  617.439.7775
                                                  617.330.8774 (fax)

Dated: April 7, 2004

## CERTIFICATE OF SERVICE

I, Nicholas A. Kenney hereby certify that the foregoing Notice of Appearance was served upon the following individuals by first class mail, postage prepaid:

AUSA Jennifer H. Zacks
Office of the United States Attorney
One Courthouse Way
Boston, MA 02210

Valerie S. Carter, Esq.
Carter & Doyle, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210

Peter B. Krupp, Esq.
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Paul W. Eysie
853 Washington Street
Norwood, MA 02062

Steven T. Byer
1443 Beacon Street
Brookline, MA 02446

Date: April 7, 2004

Nicholas A. Kenney