```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 04-10191-DPW
                               )
$722,767.41 AS SUSTITUTE RES   )
FOR 25 ROYAL ROAD, BROOKLINE, MA,)
          Defendant,           )
                               )
```

**<u>UNITED STATES' MOTION PROPOSING CONDITIONS IN CONNECTION WITH THE ALLOWANCE OF KURT WALTER'S LATE CLAIM</u>**

In the hearing held on May 11, 2004, this Court indicated that it would remove the entry of default against Kurt Walter and allow the submission of an untimely claim. The Court also stated that it would allow the United States to submit a request for conditions for conditions to be included in connection with the allowance of the late claim. The United States of America hereby proposes the following conditions:

1. The United States requests, as a condition for allowing Kurt Walter to file an untimely claim, that Kurt Walter be required to stipulate that he will not, either in connection with this case, or in any other action or proceeding, make any claim against the United States arising from the sale of 25 Royal Road, including, but not limited to, any claim based on the price obtained for the property.

2. The United States also requests, as a condition for permitting Kurt Walter to file an untimely claim, that the Court allow limited discovery to take place in this civil forfeiture

action.  Specifically, the United States requests that the Court allow the parties to serve requests for admissions, under the procedures set forth in Fed. R. Civ. P. 36.  As provided for in Rule 36, the matters on which admissions are sought shall be deemed admitted, unless, within 30 days after service of the request, the party serves a written answer or objection.  Upon motion by the requesting party, the sufficiency of these answers or objections will be determined by the Court.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:   /s/
     Jennifer H. Zacks
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, Massachusetts 02210
     (617) 748-3100

Date: May 14, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the personS listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Paul Eysie
853 Washington Street
Norwood, MA 02062

Peter B. Krupp
Sara A. Laroche
Lurie and Krupp
One McKinley Square
Boston, MA 02109

William J. Cintolo
Nicholas Allen Kenney
Cosgrove, Eisenberg & Kiley, PC
One International Place
Suite 1820
Boston, MA 02110

This 14 day of May.

_____
Jennifer Hay Zacks
ASSISTANT UNITED STATES ATTORNEY