UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$722,767.41 AS SUBSTITUTE RES<br>FOR 25 ROYAL ROAD, BROOKLINE, MA,<br>Defendant. | Civil Action No.<br>04-10191-DPW |

## VERIFIED STATEMENT OF CLAIM OF KURT WALTER

Pursuant to 21 U.S.C. § 881(d), 18 U.S.C. § 983(a)(4)(A), and Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Kurt Walter, in his individual capacity as a devisee with respect to the subject property, hereby states his interest in the property located at 25 Royal Road, Brookline, Massachusetts, and all buildings, appurtenances, and improvements thereon and proceeds therefrom ("the Defendant Property").

1.  Kurt Walter lives at 53 Beaconsfield Road, Brookline, MA. Mr. Walter is the son of Doris M. Walter.

2.  Title to the Defendant Property was in the name of Doris M. Walter.

3.  Doris M. Walter died on May 16, 2003.

1

4. The residuary clause of the will of Doris M. Walter (Article IV) provides for the residue of the estate, which includes the Defendant Property, to be distributed in equal shares to Kurt Walter and his sister, Melissa Walter.

KURT WALTER
By his attorneys,

William Cintolo (BBO# 084120)
Nicholas A. Kenney (BBO# 650784)
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775

Dated: June 8, 2004

## VERIFICATION

I, Kurt Walter, state that I have read the foregoing Verified Statement of Kurt Walter and that the contents thereof are true to the best of my knowledge, information and belief. Signed subject to the pains of perjury this 3/st day of May, 2004.

Kurt Walter

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                  Boston, Massachusetts

Then personally appeared before me the above-named Melissa Walter who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed. Subscribed to and sworn to before me this 11th day of May, 2004.

Notary Public
My Commission Expires: 11/12/2004

2

## CERTIFICATE OF SERVICE

I, Nicholas A. Kenney, hereby certify that the foregoing Verified Statement of Claim of Kurt Walter was served upon the following individuals by first class mail, postage prepaid:

AUSA Jennifer H. Zacks
Office of the United States Attorney
One Courthouse Way
Boston, MA 02210

Valerie S. Carter, Esq.
Carter & Doyle, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210

Peter B. Krupp, Esq.
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Paul W. Eysie
853 Washington Street
Norwood, MA 02062

Steven T. Byer
1443 Beacon Street
Brookline, MA 02446

Date: May , 2004

Nicholas Kenney