UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>$722,767.41 AS SUBSTITUTE <u>RES</u><br>FOR 25 ROYAL ROAD, BROOKLINE, MA,<br>            Defendant. | Civil Action No.<br>04-10191-DPW |

## AMENDED VERIFIED STATEMENT OF CLAIM OF KURT WALTER

Pursuant to 21 U.S.C. § 881(d), 18 U.S.C. § 983(a)(4)(A), and Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Kurt Walter, in his individual capacity as a devisee with respect to the subject property, hereby states his interest in the property located at 25 Royal Road, Brookline, Massachusetts, and all buildings, appurtenances, and improvements thereon and proceeds therefrom ("the Defendant Property").

1. Kurt Walter lives at 53 Beaconsfield Road, Brookline, MA. Mr. Walter is the son of Doris M. Walter.

2. Title to the Defendant Property was in the name of Doris M. Walter.

3. Doris M. Walter died on May 16, 2003.

4.  The residuary clause of the will of Doris M. Walter (Article IV) provides for the residue of the estate, which includes the Defendant Property, to be distributed in equal shares to Kurt Walter and his sister, Melissa Walter.

KURT WALTER
By his attorneys,

William Cintolo (BBO# 084120)
Nicholas A. Kenney (BBO# 650784)
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775

Dated: June 14, 2004

### VERIFICATION

I, Kurt Walter, state that I have read the foregoing Verified Statement of Kurt Walter and that the contents thereof are true to the best of my knowledge, information and belief. Signed subject to the pains of perjury this 14th day of June, 2004.

Kurt Walter

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Boston, Massachusetts

On this 14th day of June, 2004, before me, the undersigned notary public, personally appeared Kurt Walter, proved to me through satisfactory evidence of identification, which was his license, to be the person whose name is signed on the preceding document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

ELIZABETH A. PYLYPINK
Notary Public
Commonwealth of Massachusetts
My Commission Expires Aug 4, 2006

Notary Public
My Commission Expires: 8/4/06

2

## CERTIFICATE OF SERVICE

    I, Nicholas A. Kenney, hereby certify that the Amended Verified Statement of Kurt Walter was served upon the following individuals by first class mail, postage prepaid:

AUSA Jennifer H. Zacks
Office of the United States Attorney
One Courthouse Way
Boston, MA  02210

Valerie S. Carter, Esq.
Carter & Doyle, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, MA  02210

Peter B. Krupp, Esq.
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109

Paul W. Eysie
853 Washington Street
Norwood, MA  02062

Steven T. Byer
1443 Beacon Street
Brookline, MA  02446

Date: June 14, 2004

Nicholas Kenney