```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 04-10191-DPW
                                 )
$722,767.41 AS SUBSTITUTE RES    )
FOR 25 ROYAL ROAD, BROOKLINE, MA,)
          Defendant,             )
_____)
KURT WALTER, and
MELISSA WALTER,
          Claimants.
```

**UNITED STATES' STATUS REPORT**

In a electronic order, filed on May 11, 2004, the Court set a scheduling conference for the above-captioned case for July 15, 2004, and ordered that the parties submit a status report by July 8, 2004.  The current status of this case is as follows:

1. On May 11, 2004, the Court granted Kurt Walters' motion for leave to file a late claim.  A verified statement of claim was filed by Kurt Walter on June 9, 2004, and an amended verified statement of claim was filed by Kurt Walter on June 28, 2004.  In addition, an answer to the complaint was filed by Kurt Walter on June 14, 2004.

2. In its order of May 26, 2004, the Court granted the United States' request for limited discovery in this civil forfeiture action.  However, as explained in more detail in the United States' motion, filed with this Court on July 1, 2004, in light of discovery requests from the claimant, Melissa Walters and communications between counsel, evidencing disagreement as

to the scope of the Court's May 26 order, the United States has asked the Court to clarify the contours of its order granting limited discovery, to specify to which parties and to which types of discovery the Court's order pertains.

3. Additionally, in its motion, the United States stated that, if the Court were to clarify that its order meanT that the United States remained subject to the full panoply of civil discovery with respect to the claimant Melissa Walter, the United States moved for a stay of this civil forfeiture proceeding, pending the outcome of the pending criminal case against Kurt Walter. Claimants Kurt Walter and Melissa Walter have until July 15, 2004 to submit a response to the United States' motion.

The United States submitted a draft of this status report to counsel for Melissa Walter and Kurt Walter, and it is our understanding that they intend to file separate status reports with this Court.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _/s/ Jennifer H. Zacks_____
    Jennifer H. Zacks
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    617-748-3109
    Jennifer.Zacks@usdoj.gov

    Dated: July 12, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    William J. Cintolo
    Nicholas Allen Kenney
    Cosgrove, Eisenberg & Kiley, P.C.
    One International Place
    Suite 1820
    Boston, MA 02110

    Peter Krupp
    Lurie and Krupp
    One McKinley Square
    Boston, MA 02109

    /s/ Jennifer Hay Zacks

    Jennifer Hay Zacks
    ASSISTANT UNITED STATES ATTORNEY

July 12, 2004