UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$722,767.41 AS SUBSTITUTE RES FOR<br>25 ROYAL ROAD, BROOKLINE, MA,<br>    Defendant, | Civil Action No. 04-10191-DPW |

STATUS REPORT BY CLAIMANTS
MELISSA WALTER AND KURT WALTER

  The government filed a Status Report dated July 12, 2004. The separate claimants, Melissa Walter and Kurt Walter, submit this status report to supplement the submission by the government. The claimants agree with the status report submitted by the government and have the following additions:

  1. On May 21, 2004, Melissa Walter served on the government by hand her automatic discovery disclosures, and her First Set of Discovery Requests to Plaintiff. The government's response to the First Set of Discovery Requests to Plaintiff were due within thirty (30) days. The government failed to provide any substantive response to Ms. Walter's First Set of Discovery Requests to Plaintiff and, to date, has not provided any responsive discovery.

  2. In its order of May 26, 2004, the Court granted the United States' Motion Proposing Conditions in Connection with the Allowance of Kurt Walter's Late Claim "without prejudice to the right of either party to present particularized objections to specific individualized discovery requests."

3.      On July 1, 2004, the United States filed a Motion For Clarification Of Court Order Of May 26, 2004, Granting United States' Motion For Limited Discovery, And If The Court Rules That Such Order Does Not Apply To All Parties, Motion To Stay Civil Forfeiture Proceedings. Melissa Walter will file an opposition to this motion by July 15, 2004.

| | |
|---|---|
| KURT WALTER | MELISSA WALTER |
| By his attorneys, | By her attorney, |
| / S / Nicholas A. Kenney | / S / Peter B. Krupp |
| William J. Cintolo (B.B.O. #084120) | Peter B. Krupp |
| Nicholas A. Kenney (B.B.O. #650784) | B.B.O. #548112 |
| Cosgrove, Eiserberg & Kiley, P.C. | Lurie & Krupp, LLP |
| One International Place, Suite 1820 | One McKinley Square |
| Boston, MA  02110 | Boston, MA 02109 |
| Tel:  617-439-7775 | Tel:  617-367-1970 |

Dated:  July 12, 2004