UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>                              )<br>v.                            )   Civil Action No. 04-10191-DPW<br>                              )<br>$722,767.41 AS SUBSTITUTE RES )<br>FOR 25 ROYAL ROAD, BROOKLINE, MA, )<br>            Defendant,  )<br>_____)<br>KURT WALTER, and<br>MELISSA WALTER,<br>            Claimants. | |

### UNITED STATES' STATUS REPORT

In a electronic order, filed on May 11, 2004, the Court set a scheduling conference for the above-captioned case for July 15, 2004, and ordered that the parties submit a status report by July 8, 2004. The current status of this case is as follows:

1. On May 11, 2004, the Court granted Kurt Walters' motion for leave to file a late claim. A verified statement of claim was filed by Kurt Walter on June 9, 2004, and an amended verified statement of claim was filed by Kurt Walter on June 28, 2004. In addition, an answer to the complaint was filed by Kurt Walter on June 14, 2004.

2. In its order of May 26, 2004, the Court granted the United States' request for limited discovery in this civil forfeiture action. However, as explained in more detail in the United States' motion, filed with this Court on July 1, 2004, in light of discovery requests from the claimant, Melissa Walters and communications between counsel, evidencing disagreement as

to the scope of the Court's May 26 order, the United States has asked the Court to clarify the contours of its order granting limited discovery, to specify to which parties and to which types of discovery the Court's order pertains.

3. Additionally, in its motion, the United States stated that, if the Court were to clarify that its order meanT that the United States remained subject to the full panoply of civil discovery with respect to the claimant Melissa Walter, the United States moved for a stay of this civil forfeiture proceeding, pending the outcome of the pending criminal case against Kurt Walter. Claimants Kurt Walter and Melissa Walter have until July 15, 2004 to submit a response to the United States' motion.

The United States submitted a draft of this status report to counsel for Melissa Walter and Kurt Walter, and it is our understanding that they intend to file separate status reports with this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   _/s/ Jennifer H. Zacks
      Jennifer H. Zacks
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      617-748-3109
      Jennifer.Zacks@usdoj.gov

Dated: July 12, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

William J. Cintolo
Nicholas Allen Kenney
Cosgrove, Eisenberg & Kiley, P.C.
One International Place
Suite 1820
Boston, MA 02110

Peter Krupp
Lurie and Krupp
One McKinley Square
Boston, MA 02109

/s/ Jennifer Hay Zacks
Jennifer Hay Zacks
ASSISTANT UNITED STATES ATTORNEY

July 12, 2004