```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )Civil Action No. 04-10191-DPW
                                 )
$722,767.41 AS SUBSTITUTE RES    )
FOR 25 ROYAL ROAD, BROOKLINE, MA,)
          Defendant.             )
_____)
```

## STATUS REPORT

Pursuant to the order of this Court, the United States submits this status report concerning the related criminal case, United States v. Bannerman, No 03-10370. In the criminal case, the parties have recently filed motions to extend the time to file substantive motions until November 15, 2004. No trial date has been set.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/ Jennnifer H. Zacks

                                        Jennifer H. Zacks
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, Massachusetts 02210
                                        (617) 748-3100

Date: September 15, 2004

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of the same in an envelope bearing sufficient postage for delivery:

Peter B. Krupp
Sara A. Laroche
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

William J. Cintolo
Nicholas Allen Kenney
Cosgrove, Eisenberg & Kiley, P.C.
One International Place
Suite 1820
Boston, MA 02110

    This is the 15day of September 2004.

    /s/Jennifer Hay Zacks

    Jennifer Hay Zacks
    ASSISTANT UNITED STATES ATTORNEY