```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
            Plaintiff,         )Civil Action No. 04-10191-DPW
                               )
       v.                      )
                               )
25 ROYAL ROAD, BROOKLINE       )
MASSACHUSETTS                  )
            Defendant.         )
_____)
KURT WALTER                    )
MELISSA WALTER                 )
            Claimants.
```

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Kurt Walter, by his attorney, William J. Cintolo, submit this Joint Statement pursuant to Local Rule 16.1.

1. The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

2. The parties propose the following schedule for discovery events and the filing of pre-trial motions[1]:

    a. discovery, including interrogatories and document requests, and any necessary depositions to be completed by November 3, 2006;

---

[1] Peter Krupp, counsel for Melissa Walter, does not agree to this schedule and will be proposing his own schedule.

    b.    dispositive motions to be filed on or before January 26, 2007;

    c.    opposition to dispositive motions to be filed on or before March 2, 2007;

3. The parties request that the Court then schedule a hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary. If the case is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | KURT WALTER, |
| By: \s\Jennifer H. Zacks | By: \s\ William J. Cintolo |
| Jennifer H. Zacks<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3283 | William J. Cintolo<br>One International Place<br>Suite 1820<br>Boston, MA 02110<br>(617) 439-7775 |

Date: February 21, 2006