UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                Plaintiff,    )<br>                                              )<br>v.                                          )<br>                                              )<br>$722,767.41 AS SUBSTITUTE RES FOR  )<br>25 ROYAL ROAD, BROOKLINE, MA,   )<br>                Defendant,    )<br>                                              ) | Civil Action No. 04-10191-DPW |

CLAIMANT MELISSA WALTER'S STATEMENT
PURSUANT TO LOCAL RULE 16.1

Claimant Melissa Walter joins in all respects the Joint Statement Pursuant to Local Rule 16.1 filed by the government and Kurt Walter, except that Ms. Walter proposes discovery to be completed by June 30, 2006, any dispositive motions to be filed by July 31, 2006, and any oppositions to dispositive motions to be filed within the time permitted under the local rules.[1]  This case has been pending for more than two years, during which most paper discovery has not been stayed.  There is no reason the parties cannot complete discovery in the next four months.

                                                                MELISSA WALTER
                                                                By her attorney,

                                                                / S / Peter B. Krupp

Dated:  February 28, 2006                        Peter B. Krupp
                                                                  B.B.O. #548112
                                                                Lurie & Krupp, LLP
                                                                One McKinley Square
                                                                Boston, MA 02109
                                                                Tel: 617-367-1970

---

[1] Counsel apologizes to the Court for the late submission of this statement.  Counsel conferred substantively with Assistant U.S. Attorney Jennifer Zacks during the week of February 13 about this matter and informed Ms. Zacks that he would be away on vacation during the week of February 20.  Ms. Zacks agreed to prepare and file the joint statement on behalf of all parties, including the parties' disagreement as to the schedule.  After counsel left on vacation for the week of February 20, Ms. Zacks left a telephone message for counsel informing him that she would not submit the joint statement reflecting Ms. Walter's position, and that Ms. Walter would have to file her own statement.

## CERTIFICATE OF SERVICE

      I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2006.

                                            / S /  Peter B. Krupp

                                            Peter B. Krupp