# COSGROVE, EISENBERG AND KILEY, P.C.
## COUNSELORS AT LAW

MARTIN S. COSGROVE
LEWIS C. EISENBERG
THOMAS R. KILEY
PETER M. McELROY
CARL VALVO

WILLIAM J. CINTOLO
PAUL R. MATTHEWS
THOMAS B. DROHAN
KENNETH W. TERRELL
EILIZABETH A. CANTY

May 17, 2006

David Premingh
Ft. Devens Federal Correctional Facility
Ayer, MA 01332

via fax 978.796.1089

RE:  Kurt Walter
     Request to Visit

Dear Counselor Premingh:

    My name is William Cintolo. I have previously visited both Salvatore Carillo and Kurt Walter, and my prior correspondence enclosed my identification documents. I would like to visit Kurt Walter Sunday morning, May 21, 2006. Do I need to provide anything for this second visit?

    Thank you in advance for your assistance.

Very truly,

William J. Cintolo

WJC/bc

803 HANCOCK STREET, P.O. BOX 189, QUINCY, MA 02170-0997 (617) 479-7770, TELECOPIER: (617) 773-6901

ONE INTERNATIONAL PLACE, SUITE 1820, BOSTON, MA 02110-2600 (617) 439-7775, TELECOPIER: (617) 330-8774