## COSGROVE, EISENBERG AND KILEY, P.C.
### COUNSELORS AT LAW

MARTIN S. COSGROVE
LEWIS C. EISENBERG
THOMAS R. KILEY
PETER M. McELROY
CARL VALVO

WILLIAM J. CINTOLO
PAUL R. MATTHEWS
THOMAS B. DROHAN
KENNETH W. TERRELL
EILIZABETH A. CANTY

May 19, 2006

David Premingh
Ft. Devens Federal Correctional Facility
Ayer, MA 01332

via fax 978.796.1089

RE: Kurt Walter
    Request to Visit

Dear Counselor Premingh:

  I would like to confirm that Attorney William Cintolo will be allowed to visit Kurt Walter on Sunday morning, May 21, 2006.

  I have been unable to get in touch with you by phone, as the only number listed is the medical center and nobody is answering that line. Would you please either fax back or call to let me know?

  Thank you in advance for your assistance.

Very truly,

Barbara Taylor
 Assistant to
William J. Cintolo

803 HANCOCK STREET, P.O. BOX 189, QUINCY, MA 02170-0997 (617) 479-7770, TELECOPIER: (617) 773-6901

ONE INTERNATIONAL PLACE, SUITE 1820, BOSTON, MA 02110-2600 (617) 439-7775, TELECOPIER: (617) 330-8774