UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
          v.                   )      Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE       )
MASSACHUSETTS                  )
          Defendant.           )
_____)
                               )
MELISSA WALTER                 )
KURT WALTER                    )
          Claimants.           )

## UNITED STATES' NOTICE OF ITS WITHDRAWAL FOR MOTION TO COMPEL AS TO KURT WALTER (DOCKET NO. 50)

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby withdraws its Motion to Compel as to Kurt Walter (Docket Number 50), filed on June 2, 2005.  On June 7, 2006, the United States received responses to its interrogatories from Kurt Walter. Kurt Walter did not provide any of the documents requested by the United States, because, his counsel informed the undersigned, Kurt Walter did not have any of the requested documents.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


By: /s/Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: June 9, 2006

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Notice to Withdraw Motion to Compel was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


/s/Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney

Date: June 9, 2006