```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE       )
MASSACHUSETTS                  )
          Defendant.           )
_____)
                               )
MELISSA WALTER                 )
KURT WALTER                    )
          Claimants.           )
```

**UNITED STATES' MOTION TO CONDUCT DEPOSITION OF A FEDERAL PRISONER**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests a court order to conduct the deposition of federal inmate Kurt Walter at the Federal Medical Center, 42 Patton Road, Devens, Massachusetts. Federal Rule of Civil Procedure 30 (a)(2) states: "*a party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison.*" A deposition of Kurt Walter has been scheduled for June 15, 2006 and all parties have been given notice.[1] Peter Krupp, attorney for claimant Melissa Walter, has requested that the government obtain a court order for this deposition. A proposed form of order is

---

[1] William Cintolo, attorney for the federal inmate to be deposed, has stated that he may ask for the deposition to be postponed. For that reason, and to avoid seeking multiple court orders, the government is not requesting that the Court name a specific date for the deposition to be conducted.

attached.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: June 13, 2006

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Notice to Withdraw Motion to Compel was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney

Date: June 13, 2006