```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE       )
MASSACHUSETTS                  )
          Defendant.           )
_____)
                               )
MELISSA WALTER                 )
KURT WALTER                    )
          Claimants.           )
```

**ORDER FOR DEPOSITION OF A FEDERAL PRISONER**

It is hereby ordered, pursuant to Federal Rule of Civil Procedure 30(a)(2), that the deposition of federal inmate Kurt Walter be allowed.


Dated: _____                 _____
                                      DOUGLAS P. WOODLOCK
                                      UNITED STATES DISTRICT JUDGE