1

1 - 24

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 04-10191-DPW |
| 25 ROYAL ROAD, | ) |
| BROOKLINE, MASSACHUSETTS, | ) |
| Defendant, | ) |
| KURT WALTER and MELISSA WALTER, | ) |
| Claimants. | ) |

THE ORAL DEPOSITION OF MELISSA R. WALTER, held
pursuant to Notice, and the applicable provisions of the
Federal Rules of Civil Procedure, before Marilyn Franklin, a
Court Reporter and Notary Public, within and for the
Commonwealth of Massachusetts, at the offices of the
United States Attorney, 1 Courthouse Way, Suite 9200,
Boston, Massachusetts, on Monday, June 12, 2006,
commencing at 10:12 o'clock a.m.

# ORIGINAL

APPEARANCES:

    On Behalf of the Plaintiff:

    JENNIFER H. ZACKS, ESQ.
    Assistant United States Attorney
    Office of the United States Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

    On Behalf of the Deponent:

    PETER B. KRUPP, ESQ.
    Lurie and Krupp
    One McKinley Square
    Boston, MA  02109
    (617) 367-1971

    On Behalf of the Claimant, Kurt Walter:

    WILLIAM J. CINTOLO, ESQ.
    Cosgrove, Eisenberg & Kiley
    One International Place
    Suite 1820
    Boston, MA  02110
    (617) 439-7775

    Also Present:

    NICOLE SWIEC, Paralegal

3

# I N D E X

| WITNESS | PAGE |
|---|---|
| Melissa R. Walter | 5 |

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| No. 1 | Answer to Complaint | 19 |

4

1    S T I P U L A T I O N S

2    IT IS HEREBY STIPULATED AND AGREED TO

3    by and between the parties and their

4    respective attorneys, that all

5    objections, except as to the form of the

6    questions, shall be reserved until the

7    time of trial; that the filing of the

8    deposition be waived; and, that the

9    witness may read and sign the deposition

10    without any Notary Public being present.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1              P R O C E E D I N G S

2                                        (10:12 a.m.)

3          MS. ZACKS:  Monday, June 12th, it's about twelve

4    minutes past ten, for the Deposition of Melissa Walter.

5          Do you want to put her under oath?

6          COURT REPORTER:  Yes.  Will you raise your right

7    hand, please?

8          THE WITNESS:  (Complies.)

9      M E L I S S A   R U B Y   W A L T E R, of 292 Hillside

10         Street, Milton, Massachusetts, having been sworn by a

11         Notary Public to tell the truth, the whole truth and

12         nothing but the truth, testified upon her oath as

13         follows:

14                        EXAMINATION

15         BY MS. ZACKS:

16     Q    I'm Jennifer Zacks and Nicole Swiec.  Do you

17   understand why you're here today?

18     A    You can explain it to me again.

19     Q    What you're going to be doing is giving a

20   deposition; do you know what a deposition is?

21     A    Yes.

22     Q    Have you given a deposition before?

23     A    Yes.

24     Q    When was that?

25     A    In New Jersey.

6

1    Q    In New Jersey; what kind of case?

2    A    A well case, a well water case.

3    Q    A well water case; was this one when you were

4    suing someone --

5    A    Correct.

6    Q    -- or someone was suing you?  What was the issue

7    there?

8    A    They sold me a house with the polluted well and

9    they didn't disclose and we found out when we moved in.

10   Q    And you gave a deposition in that case?

11   A    Correct.

12   Q    All right.  As you know, as in that deposition

13   here, you're under oath, the Court Reporter just swore you

14   in.  So it's the same as if you testify in court, if you

15   don't tell the truth there could be serious consequences; do

16   you understand?

17   A    Yes, I do.

18   Q    Basically, the Court Reporter is recording taking

19   down your answers, so you have to answer verbally, which

20   you've been doing, and do you understand?

21   A    Yes, I do.

22   Q    Afterward, that's what we were discussing, you'll

23   get a copy of the transcript, you'll be able to review it

24   see if there are mistakes in it, and sign it; do you

25   understand?

7

1    A    Yes, I do.

2    Q    If you don't understand what I'm saying for some

3  reason, just ask me and I'll repeat the question in

4  different words; do you understand?

5    A    Okay.  Yes.

6    Q    If you need to have a break for some reason, let

7  me know and we'll take a break; okay?

8    A    Yes.

9    Q    So you understand everything I've just said?

10    A    Yes.

11    Q    How are you feeling?

12    A    Fine.

13    Q    Are you on any medications today?

14    A    No.

15    Q    Have you taken any in the last twenty-four hours?

16    A    No.

17    Q    Is there any reason that you wouldn't be able to

18  answer, today, all questions completely and truthfully?

19    A    No.

20        MR. KRUPP:  Depends on what the questions are,

21  doesn't it?

22        (Laughter.)

23        MR. KRUPP:  Objection as to form.

24        BY MS. ZACKS:

25    Q    Besides your counsel, Mr. Krupp, has anyone else

8

1    helped you prepare for this deposition?

2        A    No.

3        Q    Have you spoken to someone else about the

4    deposition?

5            MR. KRUPP:  Besides me?

6            BY MS. ZACKS:

7        Q    Anyone else, besides Mr. Krupp, about the

8    deposition?

9        A    Yes.

10        Q    Who?

11        A    My boyfriend, my ex-husband.

12        Q    Who is your boyfriend?  What's his name?

13        A    Gerald Gee.

14        Q    How do you spell that?

15        A    G-E-R-A-L-D, last name G-E-E.

16        Q    And your ex-husband?

17        A    Yes.

18        Q    What's his name?

19        A    Matthew, last name Mintzer, M-I-N-T-Z-E-R.

20        Q    Are those the only people you've spoken to about

21    it?

22        A    Short of saying to people I work with, I'm not

23    going to be in, I have to give a deposition.

24        Q    What did you talk to your boyfriend and ex-husband

25    about?

9

1      A      That I was nervous and that, you know, I had to

2  come in and answer questions, I wasn't sure what I was going

3  have to, you know, answer questions about, general

4  nervousness questions.

5          Q      But you didn't talk to anyone else about it?

6          A      No.

7          Q      Can you state and spell your full name?

8          A      Melissa, M-E-L-I-S-S-A, W-A-L-T-E-R.

9          Q      Do you have a middle name?

10         A      Melissa Ruby, R-U-B-Y.

11         Q      What's your date of birth?

12         A      █████████

13         Q      And where were you born?

14         A      Newton, Massachusetts.

15         Q      What's your Social Security Number?

16         A      ████████.

17         Q      Have you ever been married?

18         A      Yes.

19         Q      And you just said the name of your ex-husband --

20         A      Right.

21         Q      -- was?

22         A      Matthew Mintzer.

23         Q      When were you married to him?

24         A      June 22nd, 19 -- this is why we're divorced, 1991.

25  And then we got divorced February of 2004.

1   Q   Is that the only other person you've ever been

2   married to?

3   A   Yes.

4   Q   Do you have any children?

5   A   No.

6   Q   What's your current address?

7   A   292 Hillside Street in Milton, Massachusetts.

8   Q   How long have you been there?

9   A   Since 1998.

10  Q   Is that a house?

11  A   House.

12  Q   Who lives there with you?

13  A   Right now?

14  Q   Yes.

15  A   Gerald Gee.

16  Q   How long has he been living with you?

17  A   End of 2003.

18  Q   So you said end of 2003?

19  A   End of 2003.

20  Q   Would you say December 2003, Winter, Fall?

21  A   I would say, I'm estimating, but I would estimate

22  it to be more in the beginning of 2004.

23  Q   Can you remember it with relation to any of the

24  events in this case?  Was it, for example, before or after

25  the house was sold?

11

```
1      A    After the house was sold?

2           MR. KRUPP:  The house --

3           BY MS. ZACKS:

4      Q    We're talking about 25 Royal Road.

5      A    I forget when the house was sold.

6      Q    Okay.

7      A    I'm trying to do it in terms of like when my

8  mother died.  I know she died in, you know, May, and I'm

9  just sort of going through, so I think it might be more

10 towards the beginning of 2004.

11     Q    Okay.

12     A    I know that doesn't --

13     Q    Right.  But sometime around then?

14     A    Right.

15     Q    Has anyone else ever lived there with you?

16     A    No.

17     Q    Do you rent or own this property?

18     A    I own.

19     Q    When did you buy it?

20     A    1998.

21     Q    How much is the mortgage per month?

22     A    Thirty-two, seventy-seven.

23     Q    When you say, thirty-two, seventy-seven, do you

24 mean --

25     A    Three thousand --
```

12

1    Q    Three thousand, two hundred --

2    A    Right.

3    Q    -- seventy-seven dollars?

4    A    Correct.

5    Q    Now, you told us you've been deposed before.  Have

6  you ever testified in or out of court before?

7    A    No.

8    Q    What do you do for a living?

9    A    I am a project manager for an office dealership.

10    Q    What does that involve?

11    A    We're an Knoll dealership and we sell office

12  furniture, like, you can't buy directly from a manufacturer

13  so we're sort of the middleman.  So you know, if the state

14  wanted to buy furniture or the government wanted to buy

15  furniture, they go through us to get it.

16    Q    When you say, project manager, what does a project

17  manager do?

18    A    So if Peter, you know, was redoing his office, I

19  would help him buy his furniture and get it installed at his

20  new office location.

21    Q    How long have you been working there?  What's the

22  name of the company?

23    A    Office Resources.

24    Q    Office Resources; and how long have you been

25  working there?

13

1       A    Currently, I've been working there since October

2  of 2005.

3       Q    October of 2005, okay.  What did you do before

4  that?

5       A    For a year I worked in a furniture showroom on

6  Stuart Street called Showroom.

7       Q    So it's called Showroom located on Stuart Street

8  in --

9       A    In Boston.

10       Q    In Boston, okay.  When was that?

11       A    That was December 2004 to October 2005.

12       Q    What did you do for them?

13       A    Sales.

14       Q    Would you get your salary or were you on

15  commission?

16       A    Both.

17       Q    What was your approximate yearly income from that?

18       A    Well, I didn't quite make it a year.  It was

19  sixty-nine, sixty-four thousand dollars.

20       Q    And prior to working at Showroom, what was your

21  job before that?

22       A    I was at Office Resources.

23       Q    So you went back?

24       A    I went back.

25       Q    Why did you leave Office Resources?

14

1    A    Because I traveled to New York every week and I

2 work a four day week, so traveling to New York one day a

3 week for five or six years was exhausting and I needed a

4 change.

5    Q    Are you still traveling to New York now?

6    A    No.

7    Q    So when you were at Office Resources before, that

8 was before October of 2005?

9    A    Correct.

10    Q    When did you start working there?

11    A    '98, I'd say maybe, I'm estimating, September '98.

12    Q    Approximately, September of 1998 til,

13 approximately, October of 2005 --

14    A    Yeah.

15    Q    -- I mean, I'm sorry, December 2004?

16    A    Correct.

17    Q    When did you --

18         MR. KRUPP:  I don't want you to guess.

19         THE WITNESS:  I know, I know.

20         MS. ZACKS:  Let the, please, let the witness just

21 answer.  It's okay if you don't do it exactly but just try

22 to figure it out.

23         BY MS. ZACKS:

24    Q    When, approximately --

25         MR. KRUPP:  Jennifer, Jennifer, I'm not done.

1      MS. ZACKS:  No, I'm sorry.  Please, let the

2  witness answer.

3      MR. KRUPP:  I am not done.

4      MS. ZACKS:  Sorry.  Please let the witness answer.

5      MR. KRUPP:  Melissa, don't guess.  If you know the

6  answer, fine.

7      MS. ZACKS:  Please, let the witness answer.

8      MR. KRUPP:  We're going to stop this right now,

9  Jennifer --

10      MS. ZACKS:  That's fine --

11      MR. KRUPP:  -- I'm talking to my client.

12      MS. ZACKS:  -- that's fine.  If you want to talk

13  to your client you can do so outside --

14      MR. KRUPP:  Fine.

15      MS. ZACKS:  -- but do not do it here.

16      MR. KRUPP:  Fine.

17      THE WITNESS:  Okay.  Excuse me.

18      (Mr. Krupp and the witness leave the room.)

19      MR. KRUPP:  If we have to get up and go out of the

20  room every time that I need to talk to my client or she

21  needs to talk to me, we're going to be here for a long time.

22      MS. ZACKS:  We're going to restart.

23      BY MS. ZACKS:

24  Q    I was asking questions about what you did before

25  you were at Showroom.  You said you were at Office

16

1    Resources?

2        A    Correct.

3        Q    You said you started working there in,

4    approximately, September 1998?

5        A    Correct.

6        Q    How long were you there?

7        A    Through November --

8        Q    Which is right before you started working at

9    Showroom?

10       A    Yes.  So November 2000 --

11       Q    November 2004?

12       A    Right, exactly.

13       Q    So, approximately, November 2004 --

14       A    Correct.

15       Q    -- December 2004 before that?  All right.

16            What were you doing there the first time you were

17   at Office Resources?

18       A    The same thing but for clients in New York.

19       Q    During the years that you were there, starting

20   with 2001, how much, approximately, were you making per

21   year?

22       A    About a hundred thousand dollars, a hundred and

23   one to a hundred and two thousand dollars.

24       Q    Every year?

25       A    Yes.  Well, that first year and then --

1     Q    The first year --

2     A    Right.

3     Q    When you say the, first year, what period?  Do you

4  mean 2001 or 1998?

5     A    2001.

6     Q    2001, okay.  So you're estimating that in 2001 you

7  made about a hundred thousand dollars?

8     A    Mm-hmm.

9     Q    How about 2002?

10    A    Probably eighty-five.

11    Q    Okay.  What about 2003?

12    A    Probably eighty-five.

13    Q    Okay.  2004 you were there for almost a whole

14  year?

15    A    I'd say seventy-eight.

16    Q    Seventy-eight, okay.  Did you file tax returns for

17  all those years?

18    A    Yes.

19    Q    Both federal and state?

20    A    Yes.

21    Q    Do you have any lawsuits or claims pending right

22  now, besides this one?

23    A    No.

24    Q    No.  So only one, okay.  Do you have siblings?

25    A    Yes.

18

1    Q    What are their names and ages?

2    A    There's Kurt Walter and he is forty.  And then I

3  have a deceased brother.

4    Q    What was his name?

5    A    Sam Walter.

6    Q    When did he die?

7    A    He died January of 2004.

8    Q    What about your parents; what are their names and

9  where they're living?

10   A    My father is Saul Walter and he is deceased.  And

11 my mother Doris Walter and she's deceased.

12   Q    When did -- Did both of them die?

13   A    My father died -- this is awful, September --

14   Q    You don't have to give me the exact date --

15   A    Yeah, I know.  Isn't that terrible, though?

16   Q    -- just the years, the year is fine.  Was it in

17 the early '90s?

18   A    It was '97.

19   Q    1997.

20   A    1997.

21   Q    It's not earlier than that?  You sure of that?

22   A    No, I'm not sure of that, I'm estimating that.

23   Q    Okay, it's approximately 1997.

24   A    Yes, '96 or '97.

25   Q    How about your mother?

19

1     A    My mother died in May of 2003.

2     Q    I'm just going to show you something that's just

3  the answer.  One more copy?  Do you recognize this document?

4           MS. ZACKS:  Can we just have it marked as Exhibit

5  1?

6                          (DOJ Exhibit No. 1 was marked for

7                          identification.)

8           MR. KRUPP:  Is this a copy for me?  Do I hang on

9  to this?

10          MS. ZACKS:  Sure.  Yes, marked as Exhibit 1.  And

11 it's titled the answer of Melissa Walter to verify complaint

12 for forfeiture in REM.

13          MR. KRUPP:  It has not yet been marked.

14          MS. ZACKS:  It's been marked.

15          MR. KRUPP:  Well, let's show her the marked one so

16 we look at the right one.  Okay, take a look at this.

17          (Reviewing document.)

18          MR. KRUPP:  Was there a question?

19          BY MS. ZACKS:

20    Q    Did you recognize the document?

21    A    I'm sure I've seen it in the multitude of

22 paperwork that I've received.

23    Q    But you don't specifically remember filing --

24    A    No.

25    Q    Now, you've read it; do you understand what it is?

20

1      A    I think so, yeah.

2      Q    Now, obviously, if you look at the last page, it's

3 actually not signed by you; is it?

4      A    No.

5      Q    No, okay.  If you look at this Page 2, you look at

6 the first affirmative defense, the government's claim fails

7 because the defendants property is not subject to

8 forfeiture; do you understand what that means?

9            MR. KRUPP:  Can you answer that?  I think she's

10 looking for the first affirmative defense in the middle of

11 the second --

12            MS. ZACKS:  Please, please, do not -- if the

13 witness has a question, ask me.

14            MR. KRUPP:  Are you telling the witness that she

15 can't confer with counsel about what a question is?

16            MS. ZACKS:  I'm saying that, please, don't

17 interrupt.  This is my deposition.

18            MR. KRUPP:  Are you saying that --

19            MS. ZACKS:  I'm saying --

20            MR. KRUPP:  -- the witness can not --

21            MS. ZACKS:  -- I'm saying --

22            MR. KRUPP:  -- confer with me, Ms. Zacks, about --

23            MS. ZACKS:  -- I don't want you interrupting the

24 deposition --

25            MR. KRUPP:  First of all --

21

1      MS. ZACKS:  If the witness doesn't understand a

2  question, she can -- something that I've said, she can ask

3  me.

4      MR. KRUPP:  Hold on a second.  I would like to say

5  something for the record, Ms. Zacks, and I'd appreciate if

6  you don't interrupt me.

7      Can we at least have that agreement Ms. Zacks?

8      MS. ZACKS:  I just -- this is just inappropriate.

9  We going to have to suspend the deposition.

10     MR. KRUPP:  I'm ready to suspend right now, if you

11  want.

12     MS. ZACKS:  All right, suspend.

13     (Whereupon, at 10:30 a.m., the deposition was

14  suspended.)

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS  )
                                   ) SS.
COUNTY OF SUFFOLK                 )

       I, Marilyn Franklin, a Court Reporter and Notary

Public, within and for the Commonwealth of Massachusetts, do

hereby certify that there came before me on this 12th day of

June, 2006, the person hereinbefore named, who was by me

duly sworn to tell the truth, the whole truth, and nothing

but the truth, concerning and touching the matter in

controversy in this cause; that she was thereupon examined

upon her oath, and her examination reduced to typewriting,

under my direction, and that this deposition transcript is a

true and accurate record of the testimony given by the

witness.

       I further certify that I am not related to any of

the parties hereto or their counsel, and that I am in no way

interested in the outcome of said cause.

       Dated at Boston, Massachusetts, this 12th day of

June 2006.

                            _M. Franklin_____
                            Marilyn Franklin
                            NOTARY PUBLIC
                            My Commission Expires:
                            October 3, 2004

23

CORRECTION SHEET

DEPOSITION OF MELISSA RUBY WALTER

PAGE NO.     LINE NO.     SUGGESTED CORRECTION

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

SIGNATURE OF WITNESS:

I have read the foregoing transcript and the same contains a true and accurate recording of my answers to the questions therein set forth, subject to the change and/or correction sheet(s) attached.

_____

Deponent