UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 04-10191-DPW |
| 25 ROYAL ROAD, BROOKLINE<br>MASSACHUSETTS<br>        Defendant. | )<br>)<br>)<br>) | |
| MELISSA WALTER<br>KURT WALTER<br>        Claimants. | )<br>)<br>) | |

### ORDER FOR DEPOSITION OF A FEDERAL PRISONER

It is hereby ordered, pursuant to Federal Rule of Civil Procedure 30(a)(2), that the deposition of federal inmate Kurt Walter be allowed.

Dated: June 23, 2006

                                              DOUGLAS P. WOODLOCK
                                              UNITED STATES DISTRICT JUDGE