```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                Plaintiff,     )Civil Action No. 04-10191-DPW
                               )
         v.                    )
                               )
25 ROYAL ROAD, BROOKLINE       )
MASSACHUSETTS                  )
                Defendant.     )
_____)
KURT WALTER                    )
MELISSA WALTER                 )
                Claimants.
```

**MOTION TO EXTEND DISCOVERY TO AUGUST 31, 2006**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that discovery in this case be extended until August 31, 2006. In support of this motion, the United States submits the following:

1. On May 2, 2006 this Court entered a scheduling order under which discovery closed on June 30, 2006. Following a hearing on June 15, 2006, at the request of the United States, based on the difficulties in scheduling depositions and delays in receiving discovery, the Court extended discovery until July 31, 2006.

2. On June 27, 2006, the United States attempted to conduct the deposition of a witness in this case, Kimberly A. Frank. Upon arriving for the deposition, Frank's attorney indicated that, due to Frank's medical condition, the deposition would have to be suspended after approximately two hours. The United States therefore deposed Frank for approximately two hours, then suspended

the deposition, without completing the questioning.  During the course of the deposition, counsel for both claimants indicated that they wished to cross-examine Frank.

3.    As noted in a previous filing by the United States, due to a scheduled medical operation, Frank will be unavailable for the entire month of July 2006.

4.    With the agreement of all parties, the continuation of Frank's deposition has been tentatively scheduled for August 16, 2006.   It is expected that, by that date, Frank will be sufficiently recovered from her surgery to be deposed.  Therefore, the Government moves that Court extend discovery to August 31, 2006, for the purpose of completing  Frank's deposition.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney,


                                   By:  \s\Jennifer H.Zacks
                                        Jennifer H. Zacks
                                        Assistant U.S. Attorney
                                        1 Courthouse Way
                                        Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3283

Date: June 30, 2006

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Motion to Compel was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/Jennifer H. Zacks
                                        Jennifer H. Zacks
                                        Assistant U.S. Attorney

Date: June 30, 2006