```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )
          Plaintiff,             )Civil Action No. 04-10191-DPW
                                 )
     v.                          )
                                 )
25 ROYAL ROAD, BROOKLINE,        )
MASSACHUSETTS,                   )
          Defendant.             )
_____)
KURT WALTER,                     )
MELISSA WALTER,                  )
_____)
          Claimants.
```

**MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO FILE ITS SUMMARY JUDGMENT MOTION TO OCTOBER 13, 2006**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that the date to file its motion for summary judgment in this case be extended until October 13, 2006. Dispositive motions are currently due on September 15, 2006. In support of this motion, the Untied States submits the following:

    1.   Discovery in this case was originally scheduled to close on June 30, 2006, with dispositive motions due on July 31, 2006. On June 23, 2006, discovery was extended by the Court, with discovery to be completed by July 31, 2006 and dispositive motions to be filed by September 15, 2006.

    2.   On July 11, 2006, the Court again extended discovery until August 31, 2006, but did not change the date for filing dispositive motions.

    3.   The United States requests the Court extend the deadline

for it to file its motion for summary judgment until October 13, 2006.  A proposed order is attached.

4.   Peter Krupp, counsel for claimant Melissa Walter, opposes the United States' motion.  William Cintolo, counsel for claimant Kurt Walter, takes no position on the United States' motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney,

By:  \s\Jennifer H. Zacks

     Jennifer H. Zacks
     Assistant U.S. Attorney
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3100

Date: September 5, 2006

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Motion was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.