```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
              Plaintiff,        ) Civil Action No. 04-10191-DPW
                                )
       v.                       )
                                )
25 ROYAL ROAD, BROOKLINE,       )
MASSACHUSETTS,                  )
              Defendant.        )
_____)
KURT WALTER,                    )
MELISSA WALTER,                 )
_____)
              Claimants.
```

## ORDER TO EXTEND THE TIME FOR FILING THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT TO OCTOBER 13, 2006

It is hereby ordered that the United States's motion to extend the time for filing its motion for summary judgment until October 13, 2006, is granted.

Dated: _____          _____
                                       DOUGLAS P. WOODLOCK
                                       UNITED STATES DISTRICT JUDGE