UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>$722,767.41 AS SUBSTITUTE RES FOR<br>25 ROYAL ROAD, BROOKLINE, MA,<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10191-DPW |

### STATUS REPORT BY CLAIMANT MELISSA WALTER

Pursuant to the Court's Scheduling Order dated May 2, 2006, claimant Melissa Walter submits this status report.

Discovery Proceedings: The period for discovery has ended. During the discovery period, the government started, but did not complete, a deposition of Kimberly Frank. The claimants did not have an opportunity to question Ms. Frank during the first portion of her deposition, although they wished to do so.

Settlement Discussions: The government and Ms. Walter have had no meaningful discussions about settling Ms. Walter's claim. Ms. Walter believes that the case could benefit from mediation before a magistrate judge.

Pending Motions: The government has filed a motion for additional time to file for summary judgment. The time for responding to that motion has not yet elapsed. Ms. Walter will oppose the government's motion. Discovery was extended one month (from July 31 to August 31) for the limited purposes of permitting the government to complete the deposition of Ms. Frank, see Dkt #56 (government's Motion to Extend Discovery to August 31, 2006 (June 30, 2006)), which the government did not do. The government has had ample time to prepare summary judgment papers if

it saw fit. Moreover, a summary judgment motion by the government would be without merit, and would further delay the trial of this case.

    <u>Pretrial Conference and Trial</u>: Ms. Walter is available for a pretrial conference and trial at the Court's earliest convenience. Ms. Walter's counsel is unavailable for trial during the weeks of December 4, 11 and 18 due to a scheduled murder trial in Suffolk Superior Court.

                                          MELISSA WALTER
                                          By her attorney,

                                          / S /  Peter B. Krupp

Dated: September 7, 2006                Peter B. Krupp
                                            B.B.O. #548112
                                          Lurie & Krupp, LLP
                                          One McKinley Square
                                          Boston, MA 02109
                                          Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 7, 2006.

                                          / S /  Peter B. Krupp

                                          Peter B. Krupp