```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
           Plaintiff,          )
                               )
      v.                       )    Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
           Defendant.          )
_____)
                               )
MELISSA WALTER,                )
KURT WALTER,                   )
           Claimants.          )
_____)
```

## UNITED STATES' STATUS REPORT

Pursuant to the order issued on May 5, 2006 by this Court, the United States submits the following status report:

Discovery in this case closed on August 31, 2006 and dispositive motions are due on September 15, 2006.  There are currently no ongoing settlement discussions.  The United States filed a motion for extension of time on September 5, 2006, requesting that the Court extend the time for the United States to file its summary judgment motion until October 13, 2006.  The Court has not yet acted on the United States' motion.

A status conference is scheduled for September 14, 2006 at 2:30 p.m.  At that status conference, it is expected that the Court

will set a date for the pretrial conference as well as a trial date.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney,

                         By:  \s\Jennifer H. Zacks
                                  Jennifer H. Zacks
                                  Assistant U.S. Attorney
                                  1 Courthouse Way
                                  Suite 9200
                                  Boston, MA 02210

Date: September 7, 2006

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing United States Status Report was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                  /s/Jennifer H. Zacks
                                  Jennifer H. Zacks
                                  Assistant U.S. Attorney

Date: September 7, 2006