UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|             Plaintiff,       )Civil Action No. 04-10191-DPW | |
|                              ) | |
|      v.                      ) | |
|                              ) | |
| 25 ROYAL ROAD, BROOKLINE,    ) | |
| MASSACHUSETTS,               ) | |
|             Defendant.       ) | |
| _____) | |
| KURT WALTER,                 ) | |
| MELISSA WALTER,              ) | |
|             Claimants.       ) | |
| _____) | |

**UNITED STATES' SECOND MOTION
TO EXTEND THE TIME FOR THE UNITED STATES TO FILE ITS
SUMMARY JUDGMENT MOTION TO OCTOBER 27, 2006**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that the deadline to file its motion for summary judgment in this case be extended until October 27, 2006, and that the deadline for responsive filings be extended until November 17, 2006.  In support of this motion, the United States submits:

    1.   Discovery in this matter was originally scheduled to close on June 30, 2006, and dispositive motions were due on or before July 31, 2006.

    2.   On July 11, 2006, the court extended discovery until August 31, 2006, but did not change the date for filing dispositive motions.  Accordingly, the United States requested an extension of the dispositive motion deadline to October 13, 2006, and the Court granted the United States' request.

3.  The Assistant United States Attorney formerly handling this case has taken an unexpected leave of absence from the United States Attorney's Office.  Accordingly, another Assistant United States Attorney will be assigned to the case, and the two week extension of time is necessary for newly assigned counsel to become familiar with the case and prepare a motion for summary judgment, if appropriate.

4.  Peter Krupp, counsel for Claimant Melissa Walter, and William Cintolo, counsel for Claimant Kurt Walter, do not oppose this motion.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney,

By:  /s/ Kristina E. Barclay
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3371

Date: October 6, 2006

## **CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing motion was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kristina E. Barclay
                                        Kristina E. Barclay
                                        Assistant U.S. Attorney

Date: October 6, 2006