```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 04-10191-DPW
                              )
25 ROYAL ROAD, BROOKLINE,     )
MASSACHUSETTS,                )
          Defendant.          )
_____)
KURT WALTER, and              )
MELISSA WALTER,               )
          Claimants.          )
```

### UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a) and (d), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for partial summary judgment in the above-captioned matter. As set forth more fully in the accompanying Memorandum of Law, there is no genuine issue of material fact as to the forfeitability of 25 Royal Road, Brookline, Massachusetts (the "Defendant Property").

The United States respectfully asserts that it has met its burden of establishing by a preponderance of the evidence that the Defendant Property was used for the distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846. Accordingly, the Defendant Property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7), and the United States is entitled to judgment of forfeitability as a matter of law.

Additionally, the United States asserts that forfeiture of Claimant Kurt Walter's share of the proceeds of the Defendant Property – equal to approximately $361,383.70 – does not constitute an excessive fine as a matter of law.  Walter was subject to a potential fine of $5,750,000 pursuant to 21 U.S.C. § 841(b)(1) and 18 U.S.C. § 3571(b) for the crimes to which he pled guilty.  This potential fine is approximately 16 times the value of his claimed share of the proceeds of the Defendant Property.  Therefore, under well established caselaw, Walter cannot prevail on an excessive fines claim.

WHEREFORE, the United States respectfully requests that the Court grant partial summary judgment in its favor, adjudging the property forfeitable and forfeiting Kurt Walter's one-half share of the Defendant Property.[1]

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                      By:  /s/ NANCY RUE
                                KRISTINA E. BARCLAY
                                NANCY RUE
                                Assistant U.S. Attorneys
                                United States Courthouse
                                One Courthouse Way, STE 9200
                                Boston, Massachusetts 02210
October 27, 2006                 (617)748-3260

---

[1] Melissa Walter also filed a claim to half of the proceeds of the sale of the Defendant Property, in which she asserted an innocent owner defense. See Docket Entries 6 & 7.  The United States herein seeks summary judgment only as to forfeitability of the Defendant Property and Kurt Walter's excessive fines defense, and not as to Melissa Walter's innocent owner defense.

**LOCAL RULE 7.1(A) CERTIFICATION**

    I hereby certify that, prior to filing this Motion, I have in good faith conferred, or have made a good faith effort to confer, with counsel for Claimants Melissa Walter and Kurt Walter, as required by Local Rule 7.1(a).

                                        /s/ Nancy Rue
                                        Nancy Rue
                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Nancy Rue
                                        Nancy Rue
                                        Assistant United States Attorney

Date:    October 27, 2006