1

1 - 123

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,               )

                 Plaintiff,             )

                                        )

vs.                                     )    CIVIL ACTION NO.
                                        )    04-10191-DPW
25 ROYAL ROAD,                          )
                                        )
BROOKLINE, MASSACHUSETTS,               )
                                        )
                 Defendant,

KURT WALTER and MELISSA WALTER,

                 Claimants.

THE ORAL DEPOSITION OF KURT WALTER, held
pursuant to Notice, and the applicable provisions of the
Federal Rules of Civil Procedure, before Maryann Rossi, a
Court Reporter and Notary Public, within and for the
Commonwealth of Massachusetts, at Fort Devens Medical
Center, Ayer, Massachusetts, on Thursday, July 20, 2006,
commencing at 10:29 o'clock a.m.

**ORIGINAL**

*APEX Reporting*
(617) 426-3077

APPEARANCES:

<u>On Behalf of the Plaintiff:</u>

JENNIFER H. ZACKS, ESQ.
Assistant United States Attorney
Office of the United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

<u>On Behalf of Melissa Walter:</u>

SARA A. LAROCHE, ESQ.
Lurie and Krupp
One McKinley Square
Boston, MA  02109
(617) 367-1971

<u>On Behalf of the Claimant, Kurt Walter:</u>

WILLIAM J. CINTOLO, ESQ.
Cosgrove, Eisenberg & Kiley
One International Place
Suite 1820
Boston, MA  02110
(617) 439-7775

<u>Also Present:</u>

NICOLE SWIEC, Paralegal

32

1      Q    When you say "small amounts", are we talking how

2   much?  Ounces?

3      A    No.  Much smaller.  Maybe eighth ounces, quarter

4   ounces.

5      Q    Okay.  And who were you selling marijuana to?

6      A    Fellow students, acquaintances.

7      Q    Where were you getting the marijuana?

8      A    I don't recall.  It was 20 years ago, maybe.

9      Q    All right.  Now, did you continue selling

10  marijuana after you graduated from college?

11     A    Off and on, yes.

12     Q    Okay.  When you say "off and on", what was the

13  longest time period you ever went without selling marijuana?

14     A    I don't know.  Maybe a year, two years.  I'm not

15  really sure.

16     Q    Okay.  For the last approximately 20 years, with

17  maybe breaks of a year or two years, you've been selling

18  marijuana pretty consistently?

19     A    Yes.

20     Q    Would you say that that was your primary source of

21  income during those years?

22     A    A portion of it.

23     Q    When you say "a portion", what percentage would

24  you say?  Half of your income was from selling marijuana?  A

25  third?  Two thirds?

34

1   were selling marijuana, what was the proportion of your

2   income from both?  How much were you making from selling

3   rugs and how much were you making from selling marijuana?

4        A    It was -- Marijuana was the greater portion of my

5   income.

6        Q    Okay.  About how much a year would you say,

7   starting in the year 2000, you were making selling

8   marijuana?

9        A    I couldn't say.

10       Q    Was it 100,000 a year?

11       A    No.

12       Q    Less?  More?

13       A    Much less.

14       Q    50,000 a year?

15       A    I don't believe it was that.

16       Q    5000 a year?

17       A    It was more than that, but it was less than 50.  I

18   just -- I made enough to survive.  And I made enough

19   primarily just to keep myself smoking marijuana.

20            That was a big part of it.  That's why I always

21   constantly had a supply of marijuana.

22       Q    Okay.  So, during this time period, you were --

23   okay.  So, you were making somewhere between 5 and 50,000.

24            Would it be fair to say you were making about

25   30,000 a year from about 2000 on?

1    A    Yes.

2    Q    Okay. You say that you were selling marijuana in

3 order to have marijuana to smoke; is that right?

4    A    Yes.

5    Q    So, how did you decide which of the marijuana you

6 were going to sell and which you were going to smoke?

7    A    If I wanted to smoke some marijuana, I would take

8 it and smoke it.

9    Q    Okay. So, you just -- it's not like you reserved

10 the higher quality marijuana for yourself?

11    A    No. I just -- I took whatever I wanted to smoke

12 for myself.

13    Q    All right. How much marijuana were you using

14 during this time frame? And we're talking about the year

15 2000, 2001, 2002, 2003?

16    A    I was smoking on a regular basis. I couldn't --

17 couldn't really give you any set amount.

18    Q    Were you smoking marijuana every day?

19    A    Yes.

20    Q    How many marijuana cigarettes would you smoke a

21 day?

22    A    I couldn't say. But I know it was a good deal.

23    Q    Was it more than 10?

24    A    Maybe some days.

25    Q    Okay. So some days, you would smoke more than 10.

37

```
 1    course of the years 2001, 2002, 2003?

 2         A    I believe so.

 3         Q    But you don't remember any?

 4         A    No.

 5              MR. CINTOLO:  Objection to the form of the

 6    question.

 7              Do you want to ask him names and he'll tell you

 8    whether they were customers of his?

 9              BY MS. ZACKS:

10         Q    You don't remember any of their names?

11         A    There were a few from my case perhaps, but --

12         Q    Who were they?

13         A    Dan McAuley.

14         Q    All right.  And how did you know him?

15         A    I met him along the way.

16         Q    And he bought marijuana from you during the years

17    2000 to 2003?

18         A    I believe so, yes.

19         Q    When you say you "believe so", he did?

20         A    Yes.

21         Q    And how much marijuana did he buy from you?

22         A    It varied.

23         Q    It varied between how much and how much?

24         A    It might be as little as a half pound or a quarter

25    pound.  It might be as much as three or four pounds, five
```

38

1    pounds.

2        Q    Was Dan McAuley buying marijuana for -- did he

3    tell you whether he was buying it for his own use, or buying

4    it to resell?

5        A    He didn't say.

6        Q    You didn't ask?

7        A    I didn't ask.

8        Q    How much did you sell the marijuana to him for?

9        A    I don't recall.

10       Q    How much in general did you sell marijuana to

11   people for?  How much per pound?

12       A    It varied.

13       Q    From what to what?

14       A    Maybe a thousand to 13 or $1400.

15       Q    When you say a thousand, $1000 a pound?  Did you

16   get 13 or $1400 a pound?

17       A    Yes.

18       Q    Okay.  And what did the price depend on?

19       A    The grade of marijuana and how much I received it

20   for.

21       Q    When you say "the grade of marijuana", how did you

22   determine what the grade was?

23       A    Usually by its price.  Better marijuana can tend

24   to be a little bit more expensive.

25       Q    So, you wouldn't examine it or use it to determine

*APEX Reporting*
(617) 426-3077

58

1      Q     So, people would call you -- you would tell your

2   customers that you had marijuana available?  Or they would

3   call you and ask for marijuana?

4          How would that work?

5      A     That was -- Either way.

6      Q     Okay.  And then what would happen?

7      A     Then I would go up.  I mean, you know, package up

8   the marijuana they wanted.  And then I'd make arrangements

9   to meet and deliver their marijuana.

10     Q     Okay.  How did you package it?

11     A     I don't know.  In plastic bags.

12     Q     Did you weigh it?

13     A     Yes, I did.

14     Q     Okay.  And you had a scale to weigh it.  Did you

15   have it at the storage space?

16     A     Yes, I believe so.

17     Q     You're not sure?  You might have --

18     A     Yes.  I had a scale at the storage space.

19     Q     -- have had a scale --

20     A     No.  I had a scale at the storage space.

21     Q     Okay.  Did you ever weigh it anywhere else besides

22   the storage space?

23     A     Maybe my apartment on occasion.

24     Q     Did you have a scale at your apartment?

25     A     Yes, I think I did.

1     Q   So, you had two scales?  Or did you have even more

2  than that?

3     A   I had two.  And I may have had more.  I don't

4  really remember.

5     Q   Okay.  You had at least two scales.

6        You're not sure if you had more scales than that?

7     A   Correct.

8     Q   Okay.  What did the scales look like?

9     A   It may have been a triple beam.  I'm not really

10  sure.

11     Q   What's a triple beam?

12     A   It's a balance type of scale with weights on it.

13     Q   Okay.  This is an electronic scale?

14     A   No.

15     Q   So, it's one with the actual weights where --

16     A   Weights.  I may have had an electronic scale as

17  well.

18     Q   So, you think you had at least one sort of manual

19  weight scale.  And then, one electronic scale.

20        And you might have had some other scales; is that

21  fair to say?

22     A   Yes.

23     Q   So, then, your customers would -- you would weigh

24  the marijuana.  You would package it.

25        How would you package it again?

105

1      Q    You're sure?

2      A    I don't believe I did, no.

3      Q    Is it possible that you may have?

4      A    No, I don't believe I did.

5      MR. CINTOLO:  If you have something to show him,

6  show it to him.

7      BY MS. ZACKS:

8      Q    You don't believe that you ever did.  All right.

9      Let's talk about two other people.  Dan McAuley.

10  Do you know Dan McAuley?

11     A    Dan McAuley is one of the codefendants.

12     Q    When you say he is a codefendant, what do you

13  mean?

14     A    He was involved in this case.

15     Q    What was his involvement in this case?  When you

16  say "this case", you're really talking about your criminal

17  case; is that right?

18     A    Correct.

19     Q    Not the civil --

20     A    Not this civil forfeiture case.

21     Q    All right.  So, how was Dan McAuley involved in

22  the criminal action?

23     A    He was a marijuana customer of mine.

24     Q    Okay.  And how often did he buy marijuana from

25  you?

122

CORRECTION SHEET

DEPOSITION OF KURT WALTER

PAGE NO.          LINE NO.          SUGGESTED CORRECTION

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

SIGNATURE OF WITNESS:

       I have read the foregoing transcript and the same contains a true and accurate recording of my answers to the questions therein set forth, subject to the change and/or correction sheet(s) attached.


_____
Deponent