25

Vol II
25 - 144

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 04-10191-DPW |
| 25 ROYAL ROAD, ) | |
| ) | |
| BROOKLINE, MASSACHUSETTS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| KURT WALTER and MELISSA WALTER, ) | |
| ) | |
| Claimants. ) | |

THE ORAL DEPOSITION OF MELISSA R. WALTER, held
pursuant to Notice, and the applicable provisions of the
Federal Rules of Civil Procedure, before Carol Summers, a
Court Reporter and Notary Public, within and for the
Commonwealth of Massachusetts, at the offices of the
United States Attorney, 1 Courthouse Way, Suite 9200,
Boston, Massachusetts, on Wednesday, July 12, 2006,
commencing at 9:10 o'clock a.m.

ORIGINAL

APEX Reporting
(617) 426-3077

APPEARANCES:

On Behalf of the Plaintiff:

JENNIFER H. ZACKS, ESQ.
Assistant United States Attorney
Office of the United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

On Behalf of the Deponent:

PETER B. KRUPP, ESQ.
Lurie and Krupp
One McKinley Square
Boston, MA  02109
(617) 367-1971

On Behalf of the Claimant, Kurt Walter:

WILLIAM J. CINTOLO, ESQ.
Cosgrove, Eisenberg & Kiley
One International Place
Suite 1820
Boston, MA  02110
(617) 439-7775

Also Present:

NICOLE SWIEC, Paralegal

50

1  Q   And how long was she in the hospital for?

2  A   She was in and out of the hospital.  I would say she

3      was probably in for about a week, and then it would be

4      -- we took her back home, we had to bring her back.  It

5      was a back and forth.

6  Q   When you say "we," who do you mean?

7  A   My husband and I, my, my brother, Kurt, and I.

8  Q   Okay.  And at this point, was your mother still living

9      -- when you're saying she was being hospitalized, was

10     she still living at 25 Royal Road by herself?

11 A   Yes.

12 Q   Okay.  You, and you, Kurt and your husband, Matthew

13     Mintzer, would bring her back and forth to the

14     hospital?

15 A   Yes.

16 Q   Did you, did you all have keys to the 25 Royal Road

17     property?

18 A   Yes.

19 Q   Were you the only people who did?

20 A   I don't know.

21 Q   So, you don't know if anyone else had a key to the --

22 A   I don't know.

23 Q   -- property?  Okay.  Did anyone else ever tell you they

24     had a key to the property?

25          (Pause.)

51

| | | |
|---|---|---|
| 1 | A | I don't recall anybody telling me. |
| 2 | Q | Okay.  All right.  Now, when you say your mother was |
| 3 | | hospitalized, what, what was, what exact -- I know she |
| 4 | | had lung cancer -- |
| 5 | A | Can I clarify one point? |
| 6 | Q | Go ahead. |
| 7 | A | I may have, at -- when she had gotten sick, I may have |
| 8 | | given Kim Frank a key to the house to take care of -- |
| 9 | | because she was taking, helping me with my mother at |
| 10 | | that time. |
| 11 | Q | Okay.  So, Kim -- so, when you say "at that time," you |
| 12 | | mean -- |
| 13 | A | Between April and May. |
| 14 | Q | April and May 2003, so you might have, you're not sure, |
| 15 | | given a key to Kim Frank? |
| 16 | A | At some point, I did, but I'm not sure if it was before |
| 17 | | she went into the hospital.  She was going back and |
| 18 | | forth.  She was very sick.  She was going back and |
| 19 | | forth.  Then, she had to stay for a while; then, we |
| 20 | | took her home; and then she was going, you know, she |
| 21 | | went back for a full week.  And during that time, I |
| 22 | | gave her a key. |
| 23 | Q | You gave Kim Frank a key? |
| 24 | A | I gave her a key. |
| 25 | Q | What was, what was Kim Frank doing at that point that |

*APEX Reporting*
(617) 426-3077

52

```
 1        she needed a key?

 2   A    Well, she was working in Brookline as a nanny, and she

 3        was very close to my mother at that time.

 4   Q    When you say she was "very close," do you mean she was

 5        very personally close or she was physically close to

 6        the house?

 7   A    Both.

 8   Q    Okay.

 9   A    Both.

10   Q    So, what was, what was Kim Frank doing to help take

11        care of your mother?

12   A    She would just go over and check on her because my

13        mother still insisted on going up and down the stairs,

14        and she was frail, and we were afraid she was going to

15        fall or hurt herself.  We knew how sick my mother was.

16        My mother didn't know how -- didn't accept how sick she

17        was, so she sort of felt that she could still do all of

18        the things that she had done previously.  She didn't

19        want anybody coming in that she didn't know to take

20        care of her, so --

21   Q    But you mother didn't --

22   A    -- all of --

23   Q    -- have a problem with Kim Frank coming in --

24   A    No.

25   Q    - to take care of her?
```

53

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | And how -- |
| 3 | A | She, she loved Kim. |
| 4 | Q | How long had she known Kim for, Kim Frank? |
| 5 | A | Since 1974. |
| 6 | Q | And that was when you were in high school? |
| 7 | A | High school. |
| 8 | Q | Were you a friend of Kim Frank's? |
| 9 | A | Yes. |
| 10 | Q | And so when did your mother -- your mother actually -- |
| 11 | | I know you've gone over this, but just tell me again, |
| 12 | | when did your mother actually die? |
| 13 | A | May 16, 2003. |
| 14 | Q | Okay. **And did she die at home or in the hospital?** |
| 15 | A | In the hospital. |
| 16 | Q | So, when did she go into the hospital before May 16th? |
| 17 | A | May either 14th or 15th. |
| 18 | Q | Okay. And after, during this time while your mother |
| 19 | | was ill, was she able to take care of personal business |
| 20 | | such as paying bills, paying the mortgage, taking care |
| 21 | | of the house? |
| 22 | A | I would write the checks for her, and she would sign |
| 23 | | them. |
| 24 | Q | Okay. So, you, you wrote the checks for her for what? |
| 25 | A | For the gas company, the taxes. There was no mortgage |

54

1          on the house.

2    Q     When was the mortgage paid off?

3    A     Oh, I don't know.

4    Q     Okay.  But you knew there was no mortgage?

5    A     There was no mortgage, yeah.

6    Q     Okay.

7    A     The gas b -- no, there was no gas bill.  That's my

8          house.  The water bill, the tax bill, the electric

9          bill.

10   Q     Okay.

11   A     Any personal bills she had, Filene's, Macy's.

12   Q     Okay.  So you were, you were helping her out with that.

13         Was, and Kim Frank was coming in to see your mother on

14         a daily basis; is that correct?

15   A     Not daily.  Every, maybe a few times a week.

16   Q     A few times a week.  Was anyone else coming in to see

17         your mother?

18   A     My husband, when he had a chance, he would go over, my

19         brother Kurt.

20   Q     Okay.  But no, but no one was, at that point, staying

21         at the house, staying at the house overnight, except

22         for your mother?

23   A     Correct.

24   Q     Okay.  Now, after your mother's death, what did, what

25         did you -- you cleaned out the property; is that

111

1    Q    All right.  You said there were bottles.  What kind of
2         bottles?

3    A    Like just liquor bottles, beer bottles.

4    Q    All right.  So, you said that marijuana was just on the
5         floor.  It wasn't, for example, on a scale?

6    A    Oh, it was on a, on a scale, yup.

7    Q    Can you describe the scale?

8    A    It was, I don't know, like a foot long, and it had a
9         silver disk on it.

10   Q    Okay.  And the marijuana was actually located on top of
11        the scale?

12   A    Like dust of marijuana or like little buds of
13        marijuana.

14   Q    Okay.  And where was the scale in the basement?

15   A    Like on a little table that was --

16   Q    So, the basement was furnished?

17   A    No.  There was old furniture in the basement, but it
18        wasn't for storage.  It was a lot of storage.  There
19        was like a white leather sofa that -- I don't know
20        where it came from.  I don't know whose it was, but it
21        was there.  There was a white sofa.  There was like a,
22        a, a trunk, and that was sort of set up like a coffee
23        table.

24   Q    Um-hum.

25   A    So that's where --

```
 1   Q   Were there, and you say there were chairs?

 2   A   I think there were -- I don't know if there were

 3       chairs.  I think there were like milk crates.

 4   Q   All right.  So, what did you do?

 5   A   I called him, and I left a message.

 6   Q   You called Kurt Walter?

 7   A   Kurt, yeah.

 8   Q   Okay.  What was the message, to the best of your

 9       recollection?

10   A   Just like what are you doing, I told you, you can't be

11       up here, there's no, you know, partying, there's no --

12   Q   Had you told him he couldn't be there?

13   A   I had told him he couldn't have his friends over there.

14   Q   When did you tell him that?

15   A   When we started showing the house.

16   Q   Okay.  Did, did, why did you tell him that?

17   A   Because he was a slob, and you know, the realtor would

18       come through, and there would be, you know, cigarette

19       butts and -- big smoker, so there would be ashtrays and

20       bottles and leftover pizza boxes and --

21   Q   Okay.  So, he had -- your brother, Kurt Walter, had,

22       after your mother's death, been having friends over, to

23       your knowledge?

24           MR. CINTOLO:  Objection.

25   A   Yes.
```

113

| | | |
|---|---|---|
| 1 | Q | How'd you know that? |
| 2 | A | Because I would go over and see the beer bottles and |
| 3 | | the cigarette butts and the remnants of him having |
| 4 | | people over. |
| 5 | Q | Do you know who he was having over? |
| 6 | A | No. |
| 7 | Q | No idea? |
| 8 | A | No. |
| 9 | Q | Okay.  All right.  So, at some point, you had told Kurt |
| 10 | | Walter not to invite his friends over? |
| 11 | A | Yeah. |
| 12 | Q | Okay. |
| 13 | A | That he couldn't use it, you know, after the bars |
| 14 | | closed as a hangout. |
| 15 | Q | Did he continue to use it? |
| 16 | A | Yes. |
| 17 | Q | Okay.  All right.  And so you said you left a message? |
| 18 | A | Um-hum. |
| 19 | Q | And at some point after that, did you actually speak to |
| 20 | | Kurt Walter -- |
| 21 | A | Yes. |
| 22 | Q | -- about the marijuana in the basement? |
| 23 | A | Yes. |
| 24 | Q | What'd you say? |
| 25 | A | I said, you know, you can't be up at the house any |

*APEX Reporting*
(617) 426-3077

114

```
 1          more, there's no more hanging out, no more having your
 2          friends over and, you know, realtors are coming
 3          through, you can't, you can't do this.
 4     Q    Okay.  What did you, did you do anything with the
 5          marijuana and the scale?
 6     A    I think I like swept it up and -- well, yeah.  I mean,
 7          I, I think I probably put the scale away, and then I
 8          brushed, you know, I swept everything up and threw it
 9          out.
10     Q    When you say you put it away, where'd you put it?
11     A    I probably put it in, you know, a box, to the best of
12          my recollection.
13     Q    In a box where?
14     A    Probably in the basement because, at that point, we
15          were cleaning out, and we had, you know, boxes, moving
16          boxes.
17     Q    Um-hum.
18     A    And storage boxes and things like that.
19     Q    Okay.  And you say you brushed it off?
20     A    Yeah.  I brushed it off, and I swept everything up and
21          cleaned up and -- we were having the first open house
22          the next day, so I couldn't leave it like that.
23     Q    So you cleaned it up.  Did you put, did you throw the
24          marijuana out?
25     A    Um-hum.
```

@002/003

143

<u>CORRECTION SHEET</u>

DEPOSITION OF MELISSA RUBY WALTER

PAGE NO.    LINE NO.    SUGGESTED CORRECTION

103        17         "2000" should be "2003."

☒003/003

·144

SIGNATURE OF WITNESS:

I have read the foregoing transcript and the same
contains a true and accurate recording of my answers to the
questions therein set forth, subject to the change and/or
correction sheet(s) attached.


Deponent