UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,      )<br>          Plaintiff,            )<br>                                )<br>vs.                             )<br>                                )<br>25 ROYAL ROAD, BROOKLINE,       )<br>MASSACHUSETTS,                  )<br>          Defendant.            )<br>                                ) | Civil Action 04-10191-DPW |

**CLAIMANT KURT WALTER'S REQUEST TO EXTEND
THE TIME TO FILE RESPONSE TO GOVERNMENT'S
MOTION FOR SUMMARY JUDGMENT**

Now comes the Claimant, Kurt Walter, by and through his attorney, William J. Cintolo, and moves this Honorable Court to extend the time to file a response to the government's Motion for Summary Judgment to Wednesday, December 27, 2006. As reason for the instant request, the Claimant states as follows:

1. The response to the government's Motion for Summary Judgment was due on or about November 17, 2006.

2. At the time the government's motion was filed, Claimant was incarcerated and Claimant's attorney was actively engaged in preparing for a trial scheduled to begin on November 7, 2006 in the United States District Court for the District of New Hampshire – <u>United States v. Shanahan</u>, Criminal No. 04-126-B, before the Honorable Judge Paul Barbadoro.

3. The case before Judge Barbadoro was a five defendant trial in which approximately 4,000 documents were pre-marked for admission into evidence.

4. Trial began on November 7, 2006 and concluded with a verdict in the late afternoon of December 19, 2006.

5.     Claimant believes that he has a meritorious defense to the government's forfeiture action.

6.     Claimant's attorney was unable to draft a response to the government's motion while the trial proceeded as the trial day began everyday at 7:30 am and did not conclude until (at least) 5:00 every day.  Thereafter, Claimant's attorney prepared for the next day's proceedings.  As a result, Claimant's attorney was required to stay in Concord, New Hampshire and did not have access to his file and other material necessary to draft and file a response.

WHEREFORE, Claimant asked the Court to allow him to file a response to the government motion by Wednesday, December 27, 2006.

Respectfully submitted,
Kurt Walter, Claimant
By his attorney

/s/ William J. Cintolo
_____
William J. Cintolo, BBO No. 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@aol.com (EMAIL)

December 20, 2006

2