```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 04-10191-DPW
                                )
25 ROYAL ROAD, BROOKLINE,       )
MASSACHUSETTS,                  )
          Defendant.            )
_____ )
KURT WALTER, and                )
MELISSA WALTER,                 )
          Claimants.            )
```

**MOTION OF UNITED STATES TO CONTINUE SUMMARY JUDGMENT HEARING**

Counsel for claimant Kurt Walter has moved for an extension of time to file his response to the United States' motion for summary judgment, previously due on November 17, 2006, to December 27, 2006.  In the event that the Court chooses to grant Kurt Walter's motion, the United States respectfully moves to continue the hearing on summary judgment from January 10, 2007 to a date after January 24, 2007, and preferably on or after February 2, 2007.

As grounds therefor, the United States asserts:

1.  The undersigned attorney was assigned this case for summary judgment purposes after a medical emergency caused the previously assigned attorney to be unavailable;

2.  At the time the case was re-assigned, the summary judgment hearing date had already been scheduled;

3.  The undersigned is scheduled to be out of the country on January 10, 2007, when the summary judgment hearing is currently

scheduled;

4. The undersigned did not previously request a continuance of the hearing because the United States has engaged in settlement discussions with Claimant Melissa Walter that are expected to result in an agreed resolution of her claim, and it had previously appeared that Kurt Walter had abandoned his claim, given his previous failure to respond to the motion for summary judgment or to seek an extension of the deadline for the response;

5. Claimant Kurt Walter has now sought an extension of time until December 27, 2006 to file a response to the United States' motion;

6. If the Court is inclined to grant Walter's motion for time to respond, the undersigned will not have sufficient time to review Walter's response and address any unexpected issues and prepare another attorney to argue the motion, given the number of other hearings and brief deadlines in other cases already scheduled for the five business days that would then be available in advance of the undersigned's leave of absence;

7. The undersigned will return to the office on January 24, 2007, and therefore would be available for this hearing any time after that date. However, the undersigned has a summary judgment hearing scheduled in another session of this Court on January 31, 2007, and the undersigned will not receive the putative

claimant's brief in that matter in advance of the above-referenced leave of absence, and therefore cannot prepare for that session's hearing until return from leave.

For the reasons stated above, the United States respectfully requests that the hearing on the summary judgment motion be moved to a date after January 24, 2007, and preferably on or after February 2, 2007.

The undersigned has contacted Kurt Walter's counsel to confer but had not received a reply by the time of this filing. Counsel for Melissa Walter will not be filing an opposition to the summary judgment motion as a result of the anticipated settlement and therefore no conference is required with her counsel under L.R. 7.1.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney,

               by:   /s/ Nancy Rue
                    Nancy Rue
                    Assistant U.S. Attorney
                    J. Jos. Moakley US Courthouse
                    Suite 9200
                    1 Courthouse Way
                    Boston, MA 02210
                    (617) 748-3260

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Nancy Rue
                                        Nancy Rue
                                        Assistant United States Attorney

Date:    December 20, 2006