```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
              Plaintiff,        )
                                )
        v.                      ) Civil Action No. 04-10191-DPW
                                )
25 ROYAL ROAD, BROOKLINE,       )
MASSACHUSETTS,                  )
              Defendant.        )
_____)
KURT WALTER, and                )
MELISSA WALTER,                 )
              Claimants.        )
```

### MOTION OF UNITED STATES AND MELISSA WALTER FOR
### FINAL JUDGMENT AND ORDER OF FORFEITURE
### AS TO ONE-HALF INTEREST CLAIMED BY MELISSA WALTER
### PURSUANT TO RULE 54(B)

The parties in the above civil action, the United States of America, through undersigned counsel, and Claimant Melissa Walter, through undersigned counsel, jointly move that this Court issue a Final Judgment and Order of Forfeiture as to Melissa Walter's one-half share in the defendant res, as set forth below, pursuant to 21 U.S.C. § 881(a)(6), in the form submitted herewith.  The res in this civil action, 25 Royal Road, Brookline, was sold by agreement of the parties, with proceeds of $722,767.41 held in escrow.  Each of the Claimants in this case has laid claim to one half of those funds.  The United States and Claimant Melissa Walter have agreed in settlement of her one half share ($361,383.70), that the United States will return $321,383.70, and she will give up her claim to $40,000, with the two parties apportioning the interest accrued on that one-half

share prorata.

Claimant Kurt Walter is not party to this settlement agreement and intends to litigate his claim.  However, pursuant to Federal Rule of Civil Procedure 54(b), the United States and Claimant Melissa Walter respectfully submit that the Court can, and should, direct the entry of final judgment as to Melissa Walter's claim, because there is no just reason for delay.

In support of this Motion, the United States and Claimant Melissa Walter state that they have settled this action and have executed the attached Settlement Agreement.

Respectfully submitted,

| MICHAEL J. SULLIVAN | MELISSA WALTER |
| United States Attorney, | Claimant, |

by: /s/ Nancy Rue                by: /s/Peter B. Krupp by nbr
    Nancy Rue                          Peter B. Krupp
    Assistant U.S. Attorney            Lurie & Krupp, LLP
    9200 J.Jos.Moakley US Courthouse   One McKinley Square
    One Courthouse Way                 Boston, MA 02109
    Boston, MA 02210                   (617) 367-1970
    (617) 748-3260

Date: December 22, 2006