UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>25 ROYAL ROAD, BROOKLINE,<br>MASSACHUSETTS,<br>　　　　　Defendant.<br>_____<br>KURT WALTER, and<br>MELISSA WALTER,<br>　　　　　Claimants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-10191-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE
AS TO ONE-HALF INTEREST IN DEFENDANT RES CLAIMED BY MELISSA
WALTER PURSUANT TO RULE 54(B)**

The Court has considered the Motion of United States and Melissa Walter for Final Judgment and Order of Forfeiture As to One-half Interest Claimed by Melissa Walter Pursuant to Rule 54(b), and all parties have had the opportunity to be heard. The Court finds that the motion of the parties is well-taken, and it is hereby ALLOWED. The Court further finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay in entering judgment as to the claim of Melissa Walter. Based on this finding, it is hereby

　　ORDERED, ADJUDGED and DECREED:

　　1.　Claimant Melissa Walter having withdrawn so much of her claim as applies to $40,000 of the substitute res, as to which only she has asserted a claim, pursuant to 21 U.S.C. § 881(a)(6), $40,000.00 of the $361,383.70 to which Melissa Walter had previously claimed an interest, this being one half of the

proceeds of the sale of the res in this civil action, 25 Royal Road, Brookline, shall be forfeited to the United States. The United States will return $321,383.70 to Melissa Walter. The interest accrued on the $361,383.70 as to which Melissa Walter had asserted a claim shall be paid as follows: 11% to the United States and 89% to Melissa Walter. These payments of principal and interest shall be in full satisfaction of Melissa Walter's claim.

   2.   This Order and Judgment will have no effect on the claim of Kurt Walter to $361,383.70, representing the remaining half of the proceeds of the sale of the res in this civil action, 25 Royal Road, Brookline.

   3.   Other than the claim of Kurt Walter specifically reserved in paragraph 2, above, any claim of interest of any other party claiming any right, title, or interest in or to the Defendant res, or the proceeds thereof, is hereby held in default and dismissed;

   4.   Forty thousand dollars in U.S. currency (and the associated prorata accrued interest) may be disposed of by the United States Marshals Service, in accordance with the Settlement Agreement entered into between the United States of America and Claimant Melissa Walter, pursuant to 21 U.S.C. § 881(a)(6);

   5.   That the United States of America, through the United States Marshals Service, shall dispose of the Forty Thousand

Dollars in U.S. currency (and the associated prorata accrued interest) in accordance with applicable law; and

    6.    That this Court shall retain jurisdiction in this case as to the claim of Melissa Walter solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action as to Melissa Walter, and judgment shall enter accordingly as to her claim, pursuant to Federal Rule of Civil Procedure 54(b).

APPROVED AND SO ORDERED:

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
United States District Judge

Date: _December 27_, 2006