UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>25 ROYAL ROAD, BROOKLINE,<br>MASSACHUSETTS,<br>            Defendant.<br>_____<br><br>KURT WALTER and<br>MELISSA WALTER,<br>            Claimants. | )<br>)<br>)<br>)   Civil Action No. 04-10191-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR DISBURSEMENT OF FUNDS
## FROM REGISTRY OF THE COURT

Pursuant to the Final Judgment And Order Of Forfeiture As To One-Half Interest In Defendant Res Claimed By Melissa Walter Pursuant To Rule 54(b) entered on December 27, 2006, the Clerk is hereby ORDERED promptly to disburse from the Registry of the Court the principal of $361,383.71 being held on this matter, plus all interest accrued on that sum, as follows:

1. Of the principal of $361,383.71:

    a.    $321,383.71 shall be paid to Melissa Walter; and

    b.    $40,000 shall be paid to United States Marshals Service.

2. Of the interest earned on the principal sum of $361,383.71:

    c.    89% of the interest shall be paid to Melissa Walter; and

        d.    11% of the interest shall be paid to the United States Marshals Service.

IT IS SO ORDERED.

Date: January 11, 2007

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
United States District Judge