UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
                Plaintiff,      )
                                )
    v.                          ) Civil Action No. 04-10191-DPW
                                )
25 ROYAL ROAD, BROOKLINE,       )
MASSACHUSETTS,                  )
                Defendant.      )
_____)
KURT WALTER, and                )
MELISSA WALTER,                 )
                Claimants.      )
```

**UNITED STATES' LIST OF WITNESSES**

The United States of America, by its attorney, Michael J.

Sullivan, United States Attorney for the District of

Massachusetts, submits the following list of witnesses it

anticipates it will use in its case-in-chief.

**Witnesses**

Brian Tomasetta
Special Agent, DEA
Boston, MA

Dennis Barton
Special Agent, DEA
Boston, MA

Paul N. Gazzara, Jr.
Special Agent, DEA

Christian Brackett
Special Agent, DEA
Boston, MA

John Haswell
Detective
Natick Police Department

John Brooks
Sergeant
Massachusetts State Police

Michelle Coppola
Natick, MA


**Witnesses to Presented Through Deposition Testimony**

Kim Frank (pages 31-46)

Kurt Walter (pages 31-73)

Melissa Walter (pages 50-54, 111-14)


    The government reserves the right to supplement and/or amend

this list as necessary.   In addition, the government has not

listed any witnesses it may use on rebuttal.


                MICHAEL J. SULLIVAN
                United States Attorney


          By:  /s/ Nancy Rue
                NANCY RUE
                KRISTINA E. BARCLAY
                Assistant U.S. Attorneys
                United States Courthouse
                One Courthouse Way
                Suite 9200
                Boston, Massachusetts 02210
Dated: July 23, 2007       (617)748-3100

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF).

/s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:    July 23, 2007