```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
     v.                        ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
            Defendant.         )
_____)
KURT WALTER, and               )
MELISSA WALTER,                )
            Claimants.         )
```

**UNITED STATES' MOTION FOR ONE WEEK EXTENSION OF TIME FOR FILING OF AFFIDAVITS AND EXHIBIT LIST**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for a one week extension of time, to August 30, 2007, for filing its affidavits and list of exhibits. In support thereof, the government states that the case agent on this matter was out of the office from July 9 through July 20, and the agent is currently involved in a state court trial that is expected to continue until July 25, 2007. Counsel for the United States therefore requests additional time to confer with the agent prior to submitting the trial items.

Additionally, the government requests additional time to file its exhibit list, in order to confer with counsel for Walter regarding whether items are disputed.

The government has contacted counsel for Walter to determine

whether he objects to this request but has not yet received a return call.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Nancy Rue
                              NANCY RUE
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorneys
                              United States Courthouse
                              One Courthouse Way
                              Suite 9200
                              Boston, Massachusetts 02210
Dated: July 23, 2007          (617)748-3100
```

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ Nancy Rue
                              Nancy Rue
                              Assistant United States Attorney
```

Date:    July 23, 2007

2