```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
            Plaintiff,        )
                              )
    v.                        ) Civil Action No. 04-10191-DPW
                              )
25 ROYAL ROAD, BROOKLINE,     )
MASSACHUSETTS,                )
            Defendant.        )
_____)
KURT WALTER, and              )
MELISSA WALTER,               )
            Claimants.        )
```

**UNITED STATES' LIST OF EXHIBITS**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of exhibits it anticipates it will use in its case-in-chief. The government anticipates no objection to the use of these exhibits and therefore has set them forth as unobjected to. The government is in the process of conferring with counsel for Walter and will amend its list to reflect any objections.

**<u>Exhibits</u>**

1. CD of intercepted calls and voicemail messages on August 19, 2003 between Kurt Walter ("Walter") and Dan MacAuley ("MacAuley")

2. Transcript of August 19, 2003 calls

3. Surveillance photos taken on August 20, 2003 (N-189)

4. CD of intercepted calls on August 20, 2003 between Walter and MacAuley

5. Transcript of August 20, 2003 calls

6. CD of intercepted calls and voicemail messages on August 24, 2003 between Walter and MacAuley

7. Transcript of August 24, 2003 calls

8. CD of intercepted call on September 3, 2003 between Walter and Francis Duggan ("Duggan")

9. Transcript of September 3, 2003 call

10. CD of intercepted calls and voicemail messages on September 12, 2003 through September 15, 2003 between Walter and MacAuley

11. Transcripts of September 12, 2003 through September 15, 2003 calls

12. CD of four telephone conversations between Michelle Coppola ("Coppola") and Walter on September 15 and 16, 2003

13. Transcript of conversations between Coppola and Walter on September 15 and 16, 2003

14. CD of recording of meeting between Walter and Coppola on September 16, 2003

15. Transcript of recording of meeting between Walter and Coppola on September 16, 2003

16. Surveillance photos of meeting on September 16, 2003 (N-210)

17. Photos of marijuana exchanged on September 16, 2003 (N-211)

18. Sample of marijuana from September 16, 2003

19. Packing materials received from Walter on September 16, 2003 (N-212)

20. CD of intercepted voicemail on September 20, 2003 from Melissa Walter

21. Transcript of September 20, 2003 call

22. CD of intercepted call on September 21, 2003 between Walter and Melissa Walter

23. Transcript of September 21, 2003 call

24. CD of intercepted calls on September 23, 2003 between Walter and MacAuley

25. Transcript of September 23, 2003 calls

26. CD of intercepted calls on October 20, 2003 between Walter and MacAuley

27. Transcript of October 20, 2003 calls

28. CD of intercepted calls on October 21, 2003 between Walter and MacAuley

29. Transcript of October 21, 2003 calls

30. Surveillance photos from October 21, 2003

31. Photos of digital scale

32. Photos of marijuana seized in search warrant execution

    The government reserves the right to supplement and/or amend

this list as necessary.  In addition, the government has not listed any exhibits it may use on rebuttal.

          MICHAEL J. SULLIVAN
          United States Attorney

        By: /s/ Nancy Rue
          NANCY RUE
          KRISTINA E. BARCLAY
          Assistant U.S. Attorneys
          United States Courthouse
          One Courthouse Way
          Suite 9200
          Boston, Massachusetts 02210
Dated: July 23, 2007    (617)748-3100

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          /s/ Nancy Rue
          Nancy Rue
          Assistant United States Attorney

Date:  July 23, 2007