UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                  Plaintiff,<br><br>v.<br><br>$722, 767.41 AS SUBSTITUTE RES<br>FOR 25 ROYAL ROAD, BROOKLINE, MA,<br>                  Defendant. | Civil Action No.<br>04-10191-DPW |

CLAIMANT KURT WALTER'S MOTION TO
CONTINUE DATE FOR TRIAL

Now comes the Claimant Kurt Walter (hereinafter sometimes referred to as the "defendant") and respectfully requests that this Court continue the trial in the above-captioned matter which is currently scheduled for August 21, 2007.

As reason wherefore, Kurt Walter states that:

1.      This trial was originally postponed to August 21, 2007 because of the defendant's incarceration and the inability of counsel to confer with the defendant (face-to-face) to prepare for trial.

2.      At the last court hearing in this matter, using the date the defendant began serving his sentence as a starting point, and considering the defendant's expected participation in the Bureau of Prison's drug rehabilitation program, it was anticipated that the defendant would be released to a half-way house, and, therefore, be available to counsel for trial preparation and be able to personally appear at trial.

3.      Since the original postponement of the trial, the defendant has completed the drug program.  However, as was brought to the attention of the Court during the

criminal sentencing of the defendant, the defendant had an outstanding criminal case in the State of Florida. Because (partially as a result of the companion criminal prosecution of the defendant) the defendant failed to complete the community service portion of the Florida disposition the defendant received for a alcohol related driving offense, a default warrant was issued in the Florida case and a detainer has been placed on the defendant. As a result of the detainer, the defendant will not be released to a half-way house, but, instead, when his federal sentence is completed, will be sent to Florida to answer to the probation violation occasioned by the failure to complete the community service.

4. The defendant, through his counsel had communicated with the Court in Florida shortly after the defendant began serving his sentence in an attempt to resolve this anticipated problem. Although, at the time, counsel had been assured that the defendant would be able to voluntarily appear in Florida after his release, (counsel was actually provided with a "release" from the Florida authorities indicating that they had no interest in picking up the defendant for return to Florida which he, in turn, sent to the federal correctional facility) the Bureau of Prison authorities have recently informed the defendant that he will not be released to a half-way house, but, instead, will complete his sentence in federal custody and be sent to Florida to answer to the probation violation.

5. The defendant's projected release date is now set at August 31, 2008. *A copy of the projected release date from the Bureau of Prisons Web site is attached as Exhibit 1*.

6. The defendant's counsel has not had an opportunity to confer with him about this forthcoming trial, or any other matter, since the last postponement. The defendant has only call three times since the trial was last postponed.

7.  As a result of the above series of events, counsel needs additional time to meet with and confer with the defendant to prepare for trial.

WHEREFORE, the defendant respectfully asks the trial be continued to a date convenient to the Court and the parties that will allow counsel for the defendant a sufficient time to meet with the defendant (face-to-face) and prepare for trial.

        Respectfully submitted,
        Kurt Walter, Claimant,
        By his attorney


        /s/ William J. Cintolo
        _____
        William J. Cintolo, BBO No. 084120
        COSGROVE EISENBERG & KILEY
        One International Place, Suite 1820
        Boston, MA 02110
        617.439.7775 (telephone)
        617.330.8774 (fax)
        WCintolo@AOL.COM (email)

Dated: July 27, 2007