```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
           Plaintiff,         )
                              )
   v.                         ) Civil Action No. 04-10191-DPW
                              )
25 ROYAL ROAD, BROOKLINE,     )
MASSACHUSETTS,                )
           Defendant.         )
_____)
KURT WALTER, and              )
MELISSA WALTER,               )
           Claimants.         )
```

**(Assented to)**
**UNITED STATES' MOTION FOR EXTENSION OF TIME FOR FILING OF AFFIDAVITS AND EXHIBIT LIST**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an extension of time for filing its affidavits and list of exhibits.

In support thereof, the government states that the trial in this matter can be simplified by synthesizing the testimony of certain surveillance agents and presenting it as a stipulation for the Court. The government has conferred with counsel for Walter regarding such a stipulation. Counsel for Walter is agreeable to stipulations generally but has been unable to confer with Walter because Walter is currently incarcerated outside the jurisdiction. Counsel for Walter has therefore moved for a continuance of the trial in this matter.

Counsel for Walter has agreed to extend the government's

time for filing all matters associated with this matter in order that the parties may confer further after Walter is in Massachusetts.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                       By:  /s/ Nancy Rue
                            NANCY RUE
                            KRISTINA E. BARCLAY
                            Assistant U.S. Attorneys
                            United States Courthouse
                            One Courthouse Way
                            Suite 9200
                            Boston, Massachusetts 02210
Dated: July 23, 2007        (617)748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Nancy Rue
                                Nancy Rue
                                Assistant United States Attorney

Date:    July 27, 2007