# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  The Superintendent of  FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

YOU ARE COMMANDED to have the body of ___Kurt Walter    DOB: 1965    USM # 25008-038___

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __1__, on the __3rd__ floor, Boston, Massachusetts on __Tuesday, August 21, 2007__, at __9:00__ A.M.

for the purpose of __Non-Jury Trial__ in the case of UNITED STATES OF AMERICA V. __25 Royal Road, Brookline, MA__

CA Number __04-10191-DPW__

And you are to retain the body of said __Kurt Walter__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Kurt Walter__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __31st__ day of __July, 2007__.


___/S/ Douglas P. Woodlock___
UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: ___/S/ Jarrett Lovett___

Deputy Clerk



(cv04-10191 Habeas.wpd - 3/7/2005)