```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
           Plaintiff,          )
                               )
      v.                       ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
           Defendant.          )
_____)
KURT WALTER, and               )
MELISSA WALTER,                )
           Claimants.          )
```

**NOTICE OF FILING AFFIDAVITS**

The United States respectfully submits the affidavits of its trial witnesses as attached herein, and supplements its witness list to add the following individuals:

**Additional Witnesses**

Michael Leahey
Special Agent, Internal Revenue Service

Dean LeVangie
Trooper, Massachusetts State Police

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                                      By:  /s/ Nancy Rue
                                                    Nancy Rue
                                                    Assistant U.S. Attorney

DATED:     August 15, 2007

## **Certificate of Service**

I certify that this motion has been sent by electronic mail to Claimant's counsel William Cintolo.

                By:  /s/ Nancy Rue
                        Nancy Rue