```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
              Plaintiff,       )
                               )
    v.                         ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
              Defendant.       )
_____)
KURT WALTER,                   )
              Claimant.        )
```

**AFFIDAVIT OF SPECIAL AGENT DENNIS BARTON**

I, Dennis Barton, being duly sworn, depose and state:

**Experience**

1. I am a Special Agent with the Drug Enforcement Administration. I have served in this capacity for 23 years. I am currently assigned to the Drug Enforcement Administration's Boston, Massachusetts office. Since December, 2003, I have been assigned to the Financial Investigations Team at DEA, and have been concentrating primarily on investigating money-laundering offenses.

2. During my tenure as a Special Agent, I have worked on dozens of drug investigations. I have written and/or participated in the execution of numerous search warrants resulting in seizures, including large quantities of controlled substances; packing implements and other paraphernalia involved in the manufacture and distribution of controlled substance; large amounts of United States currency; and documents related to

and/or revealing drug-trafficking activity, including ledger books, bank records, telephone books, receipts, drug customer lists, and other documents relating to the manufacture, transportation, ordering, purchasing and distributing of controlled substances.

    3. During my law enforcement career, I have received specialized training regarding the activities of narcotics traffickers, including the methods used to package, store, and distribute narcotics, and the methods used by narcotics traffickers to conceal and launder the proceeds of their narcotics trafficking activities.  In addition to my training, I have had extensive experience in the investigation of the activities of narcotics traffickers.  I have debriefed more than 200 defendants, informants, and witnesses who had personal knowledge about narcotics trafficking activities and the operation of narcotics trafficking organizations.  I personally have participated in all aspects of narcotics trafficking investigations, including conducting surveillance, using confidential informants, acting in an undercover capacity, and conducting court-authorized interceptions of wire and electronic communications.

<u>**Investigation**</u>

    4. Special Agent Brian Tomasetta and I were co-case agents on the investigation of the marijuana trafficking conspiracy involving Kurt Walter ("Walter").  As a result of my personal

participation in this investigation, through my conversations with other agents and officers, and my analysis of reports prepared by other agents, I am familiar with all aspects of this investigation.

5. Walter was identified as a target of an investigation that began in 2001 into marijuana trafficking and money laundering. DEA's investigation showed that, during 2003, Kurt Walter received large quantities of marijuana from Douglas Bannerman. Kurt Walter then distributed the marijuana to others for resale, including, but not limited to Daniel Macauley, John McCarthy, John Graham, Scott Myers and Jose Vezga.

6. During the course of this investigation, DEA applied for and received authorization for Title III wire intercepts of four telephones, including one wireless telephone and one hardline telephone used by Walter as well as two wireless telephones used by Walter's supplier, Douglas Bannerman.

### July 26, 2003

7. On July 23, 2003, a call was intercepted from one of Bannerman's phones to Walter's cell phone indicating that Walter and Bannerman would be meeting on Saturday, July 26, 2003 after Walter returned from a fishing trip.

8. On July 25, 2003, a call to Walter's cell phone from Daniel MacAuley was intercepted. In that call, Walter and MacAuley agreed to meet at a convenience store in the Braintree

area the following morning.

9. As a result of the intercepted call, investigating agents, including myself, conducted surveillance in the area of the 7-11 Store at the intersection of Commercial Street and Quincy Avenue in Braintree, MA, on Saturday, July 26, 2003, beginning at 7:45 a.m. We maintained communication with the wire room in order to have live information regarding telephone calls being intercepted pursuant to the court orders, particularly those related to Walter's wireless telephone. Information relayed from various calls between Walter and MacAuley between 8 a.m. and 9 a.m. led us to expect activity at the 7-11 at approximately 9 a.m.

10. At approximately 9:03 a.m., Massachusetts State Trooper Dean Levangie reported that he had seen Walter driving a silver BMW convertible on Quincy Avenue in the direction of the 7-11. At approximately 9:05 a.m., I observed a green 2003 Dodge Durango double park in front of the entrance to the 7-11. Immediately thereafter, I saw Walter arrive and park in the 7-11 parking lot. He walked to the side of the Durango and leaned into the driver's side window. Walter then went into the 7-11, while the Durango pulled up and parked next to Walter's BMW. At approximately 9:07 a.m., I saw Walter walk back to the BMW, at which time the Durango pulled away. I followed the Durango, accompanied by Special Agent Christian Brackett. Brackett took surveillance

4

photographs of the driver. Comparing these photographs to an RMV photograph of MacAuley, we identified the driver as MacAuley. While I was following the Durango, I heard radio reports from surveillance agents following Walter stating that they observed him drive the BMW convertible to Thayer landing and get in a small white boat.

11. At approximately 2:10 p.m., surveillance units reported seeing the small white boat return to the boatyard, with Walter on board. At approximately 2:38 p.m., DEA Special Agent Brian Tomasetta reported that he was at the boat yard and the BMW that Walter had driven there was no longer parked in the lot. As a result, we directed surveillance teams to Brookline in the vicinity of Walter's apartment, 30 Gardner Road, and the house where his mother had lived, 25 Royal Road, approximately two blocks away.

12. At approximately 3:20 p.m., I heard from Trooper Levangie that he had observed the BMW convertible inside the car port of 25 Royal Road. About a minute later, at 3:21 p.m., I saw Walter drive the BMW on Winthrop Road in the direction of 30 Gardner Road. The air unit conducting surveillance also reported this and reported seeing the BMW enter the underground garage at 30 Gardner Street.

13. At 4:26 p.m., an outgoing call from Walter's wireless telephone to one of Bannerman's cell phones was intercepted.

5

[Call 312 over line (617) 901-0104].  Walter told Bannerman, "I have to get everything in order and I'll be down.  I need fifteen (15) minutes to put it in order."  The call terminated while Walter was still speaking.

    14.  At 4:28 p.m., a second outgoing call from Walter's wireless telephone to the same number was intercepted.  [Call 313 over line (617) 901-0104].  Walter told Bannerman: "I need fifteen (15) to get in order."  [Call 313 over line (617) 901-0104].  They agreed to meet in 30 to 45 minutes.

    15.  At approximately 4:55 p.m., I heard the air unit report that the BMW was exiting the garage of 30 Gardner Road.  I saw the BMW on Washington Street and saw that Walter was driving.  Special Agent Gazzara followed the BMW and reported that the BMW had made several quick turns and accelerated sharply.  Based on my experience, I interpreted this as counter-surveillance moves.

    16.  At approximately 5:29 p.m., I returned to the area of 25 Royal Road.  As I drove up Winthrop Road toward the driveway, I saw a light colored Nissan Maxima in the driveway.  I knew that Bannerman often drove a Nissan Maxima registered to Nancy Effros.  A license plate check confirmed that this Maxima was registered to Effros.  As I looked into the carport of 25 Royal Road, I saw Walter approaching my car on foot, and he stared at me as I drove past the residence.  I notified surveillance units to remain out of the area for a short time, in order to avoid detection by

6

Walter and Bannerman. At 5:35 p.m., I directed Special Agent Christian Brackett to drive by 25 Royal Road. He reported seeing the Nissan Maxima now parked at 30 Gardner Road. At approximately 5:37 p.m., Special Agent Brackett reported seeing a white male exit 30 Gardner Road with a plastic bag in his hand. Surveillance photos showed that this was Douglas Bannerman.

### August 17, 2003

17. On August 18, 2003, I participated in surveillance pursuant to telephone calls that we had intercepted on the Court authorized wire intercept of Kurt Walter's cellular telephone. At 5:06 p.m., call 1364 was intercepted from John McCarthy, who was known from the investigation to be one of Kurt Walter's marijuana customers. In that call, Walter had told McCarthy that he would "wack out a couple for him," if McCarthy took Max for an ice cream.

18. Based on that call, we scheduled surveillance for Walter's activities that evening. Special Agent Christian Brackett accompanied me on surveillance. At approximately 6:00 p.m., I observed Walter exit his restaurant at 10 Langley Road in Newton and get into his grey BMW convertible, which was parked on Langley Road. Walter's son, Max, whom we had previously seen on surveillance, was already sitting in the front passenger seat. Special Agent Brackett and I maintained moving surveillance on the BMW from the restaurant to Washington Street in Brookline.

19. At 6:10 p.m., we observed Walter drive the BMW into the garage at 30 Gardner Road.

20. We maintained radio contact with other surveillance units and with the wire room, which was intercepting telephone calls to Walter's cellular telephone. Based on information from the radio contact, we maintained surveillance on 25 Royal Road.

21. At approximately 7:08 p.m., Special Agent Michael Leahey reported that Walter had pulled out of the garage at 30 Gardner Road. Within a few minutes, I drove past the residence at 25 Royal Road. I saw that the BMW was in the driveway, the garage door was open, and Walter's son, Max, playing outside of the residence.

22. At approximately 8:10 p.m., I drove past 25 Royal Road and saw a green Nissan Pathfinder parked in front of the residence, plate number 6904PD. A check of the Massachusetts registry of motor vehicles database showed that this vehicle was registered to John McCarthy.

23. At approximately 8:30 p.m., Special Agent Brackett reported seeing McCarthy walk from the front of the residence toward the green Nissan. I drove by the residence a few seconds later and saw Max Walter walk to the Pathfinder holding a light colored box shaped like a large cake box. I also saw McCarthy carrying a white canvas bag in one hand, and something else in his other hand.

24. I drove past 25 Royal Road about ten minutes later, at approximately 8:40 p.m., and noted that the BMW was no longer parked at the residence. However, a blue Ford SUV was parked in front of the residence. Shortly afterward, radio contact with the wire room indicated that Walter told the driver of the SUV, Jose Vezga, known from our investigation to be a marijuana customer of Walter's, to come to his house.

25. Moments later, the blue SUV drove to 30 Gardner Road. I observed it park in front of 30 Gardner Road. I also noted that McCarthy's green Nissan Pathfinder was parked in front of 30 Gardner.

### September 16, 2003

26. On September 16, 2003, I participated in surveillance of a meeting that DEA had coordinated between Michelle Coppola and Kurt Walter to take place at approximately 5 p.m. at the Barnes & Noble bookstore on Route 9 in Brookline. I established surveillance in the area of 10 Langley Road in Newton Center, where Walter was known to be refurbishing a restaurant. At approximately 3:42 p.m., I saw Walter on the sidewalk talking on a cellular telephone. I also saw a grey BMW convertible that I had previously seen Walter driving, parked in a side lot near 10 Langley Road.

27. At approximately 4:24 p.m., I saw Walter leave 10 Langley Road carrying a backpack. I saw him get into the grey

9

BMW and drive away. I took surveillance photos of him as he walked to the BMW. Those photographs are attached to my affidavit, bearing their original DEA exhibit number, N-210. I have reviewed these photographs, and they are a true and accurate representation of what I saw as Walter approached the BMW on that date.

28. I followed Walter to 25 Royal Road. He arrived there at 4:35 p.m. Massachusetts State Police Sergeant John Brooks reported over the radio that Walter was exiting the front door of 25 Royal Road at 4:50 p.m. At approximately 4:54 p.m., I saw the BMW on Route 9 in Brookline, waiting to make a left turn onto Lee Street. I then went to the Barnes & Noble bookstore where Walter had arranged to meet Coppola.

29. At approximately 5:01 p.m., I saw Walter's grey BMW parked near Coppola's vehicle in the Barnes & Noble parking lot. I saw Walter exit the BMW carrying a red and black shopping bag which appeared to contain a cardboard box. I took surveillance photos of Walter, which are attached hereto by their original DEA exhibit number, N-210. These are an accurate depiction of what I saw as Walter was preparing to go into the bookstore.

30. I saw Walter enter the bookstore with the black and red shopping bag. At approximately 5:05 p.m., I entered the bookstore and saw Walter talking with Michelle Coppola in the cafe section of the bookstore. I left after about a few minutes,

10

and saw that Walter and Coppola were still seated in the cafe section.

31. At approximately 5:13 p.m., I saw Coppola leave the bookstore, enter her car, and drive away. I followed her back to a pre-agreed location, where she gave me the red and black shopping bag that I had previously seen Walter carrying. The bag contained approximately two pounds of marijuana. It was submitted into the DEA drug evidence vault for processing.

### September 29, 2003

32. On September 29, 2003, I participated in surveillance of a meeting that DEA had coordinated between Michelle Coppola and Kurt Walter to take place at approximately 4 p.m. at Coppola's residence. The purpose of the meeting was for Coppola to pay Walter money for a past marijuana-related debt and to provide Walter with a tool chest for use in storing marijuana.

33. At approximately 3:30 p.m., I met with Coppola in order to provide her with recording and transmitting devices. We installed an audio/video transmitting device and audio/video receiving device. However, due to technical problems and operator error, no recordings were made with this equipment. I also concealed an audio recording device. An audio recording of the meeting was made.

34. I also gave Coppola government funds to use to pay the marijuana debt to Walter. I watched Coppola place these funds in

her refrigerator.

    35. At approximately 4:11 p.m., I saw a white van back into the driveway of Coppola's residence. Moments later, over the video transmitter, I saw Walter enter the kitchen of Coppola's residence. I monitored the meeting as it took place. The meeting lasted about eight minutes. As Walter came into the kitchen, he was accompanied by another person, whom he introduced to Coppola as "Jose." Over the transmitter, I heard Walter introduce Coppola to Jose as his friend who was giving him the toolbox.

    36. During the meeting, I heard and observed Walter and Coppola discuss an existing marijuana debt, and I saw Coppola provide Walter with money which she took from the refrigerator. I also heard Coppola talk about the toolbox which she was lending Walter for storage. I also heard Walter address a new load of marijuana that he had received. I heard him say that he had "25" and that he would set aside "5" for her. I also heard Walter tell Coppola that "I used to keep it at my mother's house 'cause no one was there" and that "now I can't 'cause now it's on the market."

    37. I saw Walter leave Coppola's house and walk to the rear of the yard. I saw him remove a tool box from the storage tent and bring it to the rear of the white van.

    38. After the meeting, I removed the recording and

12

transmitting devices.  A true and accurate copy of the portion of the recording in which this conversation took place is attached to this affidavit bearing the original DEA exhibit number of the recording, N-216.

### October 21, 2003

39.   On October 21, 2003, intercepted calls between Walter and Walter's marijuana customer, Daniel MacAuley, indicated that MacAuley would be obtaining a quantity of marijuana from Walter later in the day.  Accordingly, I established surveillance at Walter's job site at 10 Langley Road at about 1:40 p.m.  At about 3:41 p.m., I saw Walter enter the Walgreens store next to the site.  A minute later, I saw him exit the Walgreens.  He was carrying a silver backpack on his shoulder, and he got into his silver BMW.  I maintained moving surveillance on Walter back to Brookline.

40.   At approximately 3:53 p.m., I saw Walter park the BMW in the driveway of 25 Royal Road.  Massachusetts State Trooper Michael Smith reported over the radio that he drove by the residence and saw Walter in the garage of the residence.  A minute later, I saw Walter get into the BMW and drive toward Gardner Road on Winthrop.  I heard Trooper Smith report watching the BMW enter the garage at 30 Gardner.

41.   At 4:13 p.m., I drove by 30 Gardner and saw a black Mercury Moutaineer, plate 81CL38 registered to Daniel MacAuley,

13

drive past 30 Gardner Street and park in front of 30 Gardner. The driver stayed in the vehicle, talking on his cell phone. At approximately 4:17 p.m., I saw Daniel MacAuley exit the vehicle empty-handed and enter 30 Gardner Road. I took surveillance photographs. At approximately 4:31 p.m., I observed MacAuley exit 30 Gardner Road, with a large cardboard box over his shoulder. I took additional surveillance photographs. The photographs I took of MacAuley are submitted herewith using their original DEA Exhibit number, N-226. These photographs are a fair and accurate depiction of MacAuley at 30 Gardner Road.

    42. We followed MacAuley away from Gardner Road toward Quincy. MacAuley drove the Mountaineer to a Dunkin Donuts parking lot at 365 Sea Street in Quincy. A male in a dark Chevrolet Silverado pickup truck arrived and parked next to the Mountaineer at approximately 5:12 p.m. The driver got out of the pickup and entered the passenger side of the Mountaineer. After a few minutes, a white pickup truck arrived and parked next to the dark Chevrolet pickup truck. An individual exited the white truck and came over to the passenger side of the Mountaineer. He engaged in conversation with the passenger of the Mountaineer, and then left empty-handed. At approximately 5:27 p.m., I saw the white male passenger in the Mountaineer get out of the vehicle carrying a medium to large sized object under his arm, covered by a jacket. He got back into the dark Chevrolet

Silverado pickup and drove away. The Mountaineer drove away at the same time.

## October 22, 2003

43. On October 22, 2003, call 4586 was intercepted over Walter's cellular telephone, from a woman whom I recognized from previous calls as Kimberly Frank. The number called from was subscribed to Frank at her residence address. The call went into voicemail and stated that Frank wanted to get together and that she had "3200 papers" for Walter to sign. Based on the language used in earlier calls, I concluded that Frank had $3200 and wished to purchase marijuana from Walter.

44. At 4:29 p.m., call 2974 was intercepted from Frank to Walter's landline. In that call, Frank said that she would be by shortly.

45. In response to these calls, I established surveillance at 30 Gardner Street. At 4:52 p.m., call 2981 was intercepted over Walter's landline telephone. The female caller confirmed in the call that she was to meet Walter at his residence, rather than his mother's. I have listened to this call, and I recognize the voice to be the same as the prior two calls, Kimberly Frank.

46. At approximately 5:10 p.m., I saw a taxicab arrive in front of 30 Gardner Street. I saw a white female exit the cab. I took several photographs of the woman, which are attached hereto in their original DEA exhibit number, N-225. These

15

photographs are a true and accurate depiction of the woman I saw exiting the taxicab in front of Kurt Walter's residence on October 22, 2003. I later viewed a photograph from the Registry of Motor Vehicles (RMV) for the Massachusetts Driver's License of Kimberly Frank, and it was the same person that I saw get out of the taxicab.

47. I saw Frank go into 30 Gardner Road carrying a white plastic bag.

48. At 5:48 p.m., a call was intercepted over Walter's landline to Red Taxicab. During that call, a woman who identified herself as "Kim" ordered a taxicab to pick her up at 30 Gardner and drop her off at Copley in Boston.

49. At approximately 6:04 p.m., I saw a Red Taxi Company cab pull up to 30 Gardner Road. I saw Frank walk from 30 Gardner Road to the taxi. Frank was carrying a white plastic grocery bag. The bag was filled with several square shaped objects.

Signed under the pains and penalties of perjury this 15 day of August, 2007.

_____
Dennis Barton
Special Agent
Drug Enforcement Administration