```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
              Plaintiff,       )
                               )
     v.                        ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
              Defendant.       )
                               )
KURT WALTER,                   )
              Claimant.        )
```

## AFFIDAVIT OF SPECIAL AGENT CHRISTIAN BRACKETT

I, Christian Brackett, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Drug Enforcement Administration ("DEA"). I have been employed by the DEA since July 1997 and am currently assigned to the DEA's Boston Enforcement Group I. I have attended numerous drug-trafficking related training programs, and have had experience in investigating drug traffickers. I have participated in investigations involving cocaine, cocaine base, heroin, marijuana, and other controlled substances.

### July 26, 2003

2. On July 26, 2003, I conducted surveillance in support of an ongoing Title III wire intercept operation being conducted by the Drug Enforcement Administration (DEA). I was briefed on the targets of the surveillance by the DEA team, including photographs of the anticipated targets of surveillance.

3. I began surveillance in the vicinity of a 7-11 convenience

store at the intersection of Commercial Street and Quincy Avenue in Braintree.

4. At approximately 9:05 a.m., I observed a green 2003 Dodge Durango double park in front of the entrance to the 7-11. I saw a white male driver wearing a blue T-shirt and a ball cap. Within about a minute, I saw Kurt Walter ("Walter") arrive and park in the 7-11 lot in a BMW convertible. I saw Walter exit the convertible and talk briefly with an unknown female in a white Crown Victoria. I then saw Walter walk to the Durango and lean into the driver's side of the Durango. Walter then entered the 7-11 while the Durango pulled up next to Walter's BMW.

5. At about 9:07 a.m., Walter walked back to the BMW. I saw the Durango pull away from the parking lot, and I followed it to the "All Town Propane" store at 133 Washington Street in Weymouth. I observed the driver of the vehicle and identified him as Daniel MacAuley, based on a comparison with the Massachusetts Driver's License photograph of MacAuley, which we had obtained during the course of our investigation.

6. Later in the afternoon, I drove to Brookline to conduct moving surveillance of Walter in the vicinity of his residence. At approximately 5:30 p.m., Special Agent Dennis Barton notified all surveillance units to stay out of the area of 25 Royal Road. About 5 minutes later, at approximately 5:35 p.m., Special Agent Barton instructed me to drive by 25 Royal Road. I drove by, and as I did, I

observed a light cream colored Nissan Maxima, parked in front of 30 Gardner Road. I established surveillance on Gardner Road and at approximately 5:37 p.m., I saw a white male exit the front door of 30 Gardner Road with a light colored plastic bag in his hand. I recognized this man as Douglas Bannerman, based on the Massachusetts Driver's License photograph of Bannerman which we had obtained during the course of our investigation. I saw Bannerman approach the Maxima and reach into the driver's side of the vehicle. I then saw him walk to the trunk of the Maxima and place the bag into the trunk. The size and shape of the bag were consistent, in my experience, with a bag containing a large amount of currency. I then saw Bannerman drive away from Gardner Road.

### August 18, 2003

7. On August 18, 2003, I conducted surveillance in support of the ongoing Title III wire intercept operation being conducted by the DEA related to Walter.

8. Special Agent Dennis Barton and I began surveillance at 10 Langley Road, Newton Center. I observed Walter exit his restaurant at 10 Langley Road at approximately 6:00 p.m., and enter a grey BMW. A child was already in the passenger seat of the BMW. We maintained moving surveillance on the BMW from the restaurant to Washington Street in Brookline.

9. At 6:10 p.m., I observed Walter drive the BMW into the garage at 30 Gardner Road.

10. We maintained radio contact with other surveillance units

and with the wire room, which was intercepting telephone calls to Walter's cellular telephone. Based on information from the radio contact, we maintained surveillance on 25 Royal Road.

11. At approximately 7:08 p.m., Special Agent Michael Leahey reported that Walter had pulled out of the garage at 30 Gardner Road. Within a few minutes, I observed Walter pull into the driveway at 25 Royal Road. I broke off surveillance at that location temporarily.

12. At 8:10 p.m., Special Agent Barton notified me that he had seen a John McCarthy's green Nissan Pathfinder arrive and park in front of 25 Royal Road. I returned to the area and re-established surveillance. I saw the Pathfinder parked across from 25 Royal Road and recognized it as vehicle usually driven by John McCarthy.

13. At approximately 8:30 p.m., I saw a person whom I knew from the prior investigation to be John McCarthy walk from the front of the residence toward the green Nissan Pathfinder. I saw Kurt Walter's son holding a light colored box, shaped like a cake box, walking with McCarthy toward the rear of the Pathfinder. I saw McCarthy and Walter's son depart the area in the Nissan Pathfinder.

14. At 8:40 p.m., I saw a blue Ford Escape SUV, with Massachusetts registration number RW151I, park in front of 25 Royal Road and turn its lights off. At 8:42 p.m., I saw the blue Escape drive away from 25 Royal Road. I continued to maintain surveillance in the area and listen to radio

reports from other surveillance officers. According to these reports, both the green Nissan Pathfinder and the blue Escape were seen parked in front of 30 Gardner Road after they left 25 Royal Road.

15. At approximately 9:43 p.m., I observed Jose Vezga and an unidentified female exit the front door of 30 Gardner Road and walk to the blue Ford Escape SUV. Vezga was carrying a light colored grocery bag that appeared full, and the woman was also carrying something. I saw Vezga get into the driver's side of the vehicle and the woman get into the passenger side. They then drove away and I did not follow them.

16. At about 10:07 p.m., I saw John McCarthy exit 30 Gardner Road and depart in the green Nissan Pathfinder. I then terminated surveillance.

### Execution of Search Warrant at 25 Royal Road

17. On December 2, 2003, I participated in the search of 25 Royal Road pursuant to a search warrant issued by United States Magistrate Judge Robert C. Collings.

18. During the course of the search, we located a clear plastic zip lock bag of a green leafy substance. The substance was later analyzed by the Northeast Regional Drug Laboratory and determined to contain 113.2 grams (approximately a quarter of a pound) of marijuana.

19. During the search, we also located a Royal RC40 digital scale. The scale has a 40 pound capacity. Marijuana residue was visible on the packaging. The scale was

assigned exhibit number N-264 and stored in evidence.

Signed this 15th day of August under pains and penalties of perjury.

*[signature]*
Christian Brackett
Special Agent
Drug Enforcement Administration