UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>25 ROYAL ROAD, BROOKLINE,<br>MASSACHUSETTS,<br>　　　　Defendant.<br>_____<br>KURT WALTER,<br>　　　　Claimant. | )<br>)<br>)<br>) Civil Action No. 04-10191-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SPECIAL AGENT MICHAEL LEAHEY

I, Michael Leahey, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Internal Revenue Service and have been so employed for the past six years.

### August 18, 2003

2. On August 18, 2003, I conducted surveillance in support of an ongoing Title III wire intercept operation being conducted by the Drug Enforcement Administration (DEA). I was briefed on the targets of the surveillance by the DEA team, including photographs of the anticipated targets of surveillance.

3. I established surveillance in my vehicle in the vicinity of 30 Gardner, MA, late in the afternoon of August 18, 2003. At approximately 7:08 p.m., I observed Kurt Walter ("Walter") pull out of the garage at 30 Gardner, travel up Gardner Road, and take a left on Washington Street. I communicated this information over the radio to alert other agents.

4. I did not follow the vehicle onto Washington Street, but stayed in the area, alternating between vehicle surveillance and foot surveillance, staying in touch with the remaining surveillance team by radio.

5. At approximately 8:30 p.m., while conducting foot surveillance with IRS Special Agent Scott McLeod, I walked past the residence at 25 Royal Road, Brookline, MA, and saw Walter. Two other people were in the yard with Walter, a small boy and another man, whom other surveillance agents referred to as McCarthy. They had a box with them, about 15 to 18 inches across, when I walked past on foot.

6. A few minutes later, I heard radio indications that the vehicle Walter was driving, a blue SUV, had left 25 Royal Road. I got back in my car and re-established surveillance of the blue SUV outside of 30 Gardner Road.

### September 15, 2003

7. On September 15, 2003, I conducted surveillance in support of an ongoing Title III wire intercept operation being conducted by the Drug Enforcement Administration (DEA). I was briefed on the targets of the surveillance by the DEA team.

8. I established surveillance in the vicinity of 30 Gardner, MA late in the afternoon of September 15, 2003.

9. At approximately 6:09 p.m., I observed a person whom other agents identified as Daniel MacAuley walk toward a light colored Nissan Altima that was parked in front of 30 Gardner Road, Brookline. He was carrying a yellow plastic bag in

his hand. I watched the individual enter the Nissan Altima and drive away from the area.

Signed this 14th day of August under pains and penalties of perjury.

*Michael Leahey*
Michael Leahey
Special Agent
Internal Revenue Service