UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
              Plaintiff,       )
                               )
     v.                        ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
              Defendant.       )
_____)
KURT WALTER,                   )
              Claimant.        )

**AFFIDAVIT OF MASSACHUSETTS STATE TROOPER DEAN LEVANGIE**

I, Dean LeVangie, being duly sworn, depose and state as follows:

1.   I am a Massachusetts State Trooper and have been so employed since June 1988.

**July 26, 2003**

2.   On July 26, 2003, I conducted surveillance in support of an ongoing Title III wire intercept operation being conducted by the Drug Enforcement Administration (DEA).  I was briefed on the targets of the surveillance by the DEA team.

3.   One of the targets of our surveillance was Kurt Walter, who was known to drive a silver BMW convertible.

4.   At approximately 7:45 a.m., I established surveillance in the area of a 7-11 convenience store at the intersection of Commercial Street and Quincy Avenue, in Braintree, MA, based on information conveyed from the wire.

5.   At approximately 9:03 a.m., I observed Walter driving a silver BMW convertible with the top down and a passenger in the vehicle.  He was on Quincy Avenue driving in the

direction of the 7-11.  At approximately 9:11 a.m., I

observed him drive from the 7-11 and briefly stop at a

liquor store.  Walter got out of his vehicle briefly,

apparently long enough to realize the store was closed, and

then got back into the BMW and drove on to a small private

boat yard (Thayer Landing) on Commercial Street in Weymouth.

6.    At approximately 2:38 p.m., I was directed to establish

surveillance at 25 Royal Road, Brookline, MA.  At

approximately 3:20 p.m., I observed the silver BMW

convertible that I had seen earlier that day parked in the

car port.  I maintained roving surveillance in the Brookline

neighborhood.  At approximately 4:55 p.m., I saw Walter

driving the silver BMW convertible on Washington Street.

7.    Shortly after 5:30 p.m., Special Agent Dennis Barton

announced over the radio that surveillance units should stay

away from 25 Royal Road.

8.    Shortly after this radio call, I heard radio traffic about a

light colored Nissan Maxima.  I observed a cream Nissan

Maxima turn right onto Washington Street from Gardner Road.

Surveillance was terminated at 5:38 p.m.

Signed this __ day of August under pains and penalties of

perjury.

Dean LeVangie
Massachusetts State Trooper