UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-10191-DPW<br>) |
| 25 ROYAL ROAD, BROOKLINE,<br>MASSACHUSETTS,<br>Defendant. | )<br>)<br>)<br>) |
| KURT WALTER,<br>Claimant. | )<br>)<br>) |

## AFFIDAVIT OF SPECIAL AGENT PAUL N. GAZZARA, JR.

I, Paul N. Gazzara, Jr., being duly sworn, depose and state
as follows:

1. I am a Special Agent with the United States Drug Enforcement
   Administration ("DEA") and have been so employed for the
   past fifteen years. I am currently assigned to the DEA's
   Boston Field Office.

### August 20, 2003

2. On August 20, 2003, I conducted surveillance of Kurt Walter
   ("Walter") in support of an ongoing Title III wire intercept
   operation being conducted by the Drug Enforcement
   Administration (DEA). I was briefed on the targets of the
   surveillance by the DEA team.

3. At approximately 10:00 am, I established surveillance in the
   vicinity of 10 Langley Road, Newton Center, MA. I observed
   Walter's vehicle, a silver BMW, Massachusetts registration
   number 6532MK, parked next to 10 Langley Road.

4. At approximately 11:50 a.m., Special Agent Christian
   Brackett reported over the radio that he had observed Daniel

MacAuley ("MacAuley") exit a black Dodge Dakota pick up
truck in the vicinity of 10 Langley Road.

5. At approximately 12:03 p.m., I observed MacAuley and Walter
standing near a black Dodge Dakota. I saw Walter remove a
black bag from the Dakota and carry it to 10 Langley Road.

6. At approximately 12:11 p.m., I saw Walter walk toward the
BMW and MacAuley walk towards the Dodge Dakota. Walter
removed a cardboard box from the BMW and handed it to
MacAuley, who placed it in the bed of the Dodge Dakota.

7. I photographed Walter during this surveillance, and the
photographs were labeled N-189 and retained as evidence.

8. These photographs, attached as exhibit 1 to this affidavit,
are a true and accurate depiction of Walter at that date.

9. At approximately 12:13 p.m., I observed MacAuley get into
the Dodge Dakota and drive away from the area. Walter then
returned into 10 Langley Road.

### September 15, 2003

10. On September 15, 2003, I conducted surveillance in support
of the above described investigation in the vicinity of 10
Langley Road, Newton Centre, Newton, MA.

11. At approximately 4:55 p.m., I saw Walter enter the above-
described BMW.

12. Based on information I heard over the radio from other law
enforcement agents, I moved surveillance to Brookline, MA.

13. At approximately 5:05 p.m., I observed Walter park the BMW
in front of 25 Royal Road and enter the residence.

14. At approximately 5:11 p.m., I saw Walter place an item in

the trunk of the BMW.  Walter then got in the BMW and drove
away from the residence.

15.  I remained in the Brookline area, monitoring radio traffic
of surveillance by other law enforcement officers.

16.  Massachusetts State Trooper Marian Fletcher reported on the
radio at approximately 5:12 p.m. that she observed Walter
drive the into the underground parking garage to 30 Gardner
Road.

17.  At approximately 5:17 p.m., Trooper Fletcher reported that
she saw the Walter drive the BMW out of the garage and drive
onto Washington Street.

18.  At approximately 5:38 p.m., Trooper Fletcher reported that
she saw Walter return in the BMW and drive back to the
underground parking garage to 30 Gardner Road.

19.  At approximately 5:51 p.m., I observed a Nissan Altima,
Massachusetts Registration Number 7529VR park in front of 30
Gardner Road.  I observed Daniel MacAuley exit the Nissan,
open the trunk, look inside, and then close the trunk.  I
watched him proceed into 30 Gardner Road.

Signed this 16th day of August under pains and penalties of
perjury.

Paul N. Gazzara, Jr.
Special Agent
Drug Enforcement Administration