```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
          )
  v.  ) Civil Action No. 04-10191-DPW
          )
25 ROYAL ROAD, BROOKLINE,  )
MASSACHUSETTS,  )
        Defendant.  )
_____)
KURT WALTER, and  )
MELISSA WALTER,  )
        Claimants.  )

## NOTICE OF FILING DEPOSITIONS

Consistent with the government's Witness List filed in this case on July 23, 2007 and supplemented on August 15, 2007, the government herewith files the depositions of:

    Kim Frank (pages 31-46)

    Kurt Walter (pages 31-73)

    Melissa Walter (pages 50-54, 111-14)

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney


              By:  /s/ Nancy Rue
                    NANCY RUE
                    KRISTINA E. BARCLAY
                    Assistant U.S. Attorneys
                    United States Courthouse
                    One Courthouse Way
                    Suite 9200
                    Boston, Massachusetts 02210
Dated: August 20, 2007     (617)748-3100

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Copies of the documents in this matter are too large to be filed electronically. Originals will be filed in the clerk's office and copies will be delivered by hand to counsel for Claimant.

                                            /s/ Nancy Rue
                                            Nancy Rue
                                            Assistant United States Attorney

Date:    August 20, 2007