```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
            Plaintiff,        )
                              )
    v.                        ) Civil Action No. 04-10191-DPW
                              )
25 ROYAL ROAD, BROOKLINE,     )
MASSACHUSETTS,                )
            Defendant.        )
_____)
KURT WALTER, and              )
MELISSA WALTER,               )
            Claimants.        )
```

**AMENDED EXHIBIT LIST**

The government respectfully submits this amended exhibit list to conform its exhibits to the items included in the testimony of witnesses filed on August 15, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
NANCY RUE
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
United States Courthouse
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
Dated: August 20, 2007      (617)748-3100

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Copies of the documents in this matter are too large to be filed electronically. Originals will be filed in the clerk's office and copies will be delivered by hand to counsel for Claimant.

/s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:     August 21, 2007