United States v. 25 Royal Road
Civil Case 07-10191-DPW
Transcripts

| Ex. | Call # | Date | Time | Other Party | Affidavit Ref. | CD Track |
|---|---|---|---|---|---|---|
| 1 | 155 | 7/23/03 | 5:05 p.m. | Douglas Bannerman | Tomasetta ¶ 16 | Ban 1 |
| 2 | 312 | 7/26/03 | 4:26 p.m. | Douglas Bannerman | Tomasetta ¶ 17; Barton ¶ 13 | Ban 2 |
| 3 | 313 | 7/26/03 | 4:28 p.m. | Douglas Bannerman | Tomasetta ¶ 17; Barton ¶ 14 | Ban 3 |
| 4 | 6 | 8/16/03 | 10:20 a.m. | John McCarthy | Tomasetta ¶ 18 | JM 1 |
| 5 | 66 | 8/17/03 | | John McCarthy | Tomasetta ¶ 20 | JM 2 |
| 6 | 1364 | 8/18/03 | 5:06 p.m. | John McCarthy | Tomasetta ¶ 21; Barton ¶ 17 | JM 3 |
| 7 | 115 | 8/18/03 | 7:15 p.m. | John McCarthy | Tomasetta ¶ 22 | JM 4 |
| 8 | 1945 | 9/23/03 | 12:07 p.m. | Dan MacAuley | Tomasetta ¶ 25 | DM 1 |
| 9 | 2788 | 9/13/03 | 1:04 p.m. | Dan MacAuley | Tomasetta ¶ 26 | DM 2 |
| 10 | 2831 | 9/14/03 | 12:31 p.m. | Dan MacAuley | Tomasetta ¶ 26 | DM 3 |
| 11 | 2843 | 9/14/03 | 5:33 p.m. | Dan MacAuley | Tomasetta ¶ 26 | DM 4 |
| 12 | 2852 | 9/15/03 | 9:42 a.m. | Dan MacAuley | Tomasetta ¶ 27 | DM 5 |
| 13 | 2859 | 9/15/03 | 11:20 a.m. | Dan MacAuley | Tomasetta ¶ 27 | DM 6 |
| 14 | 2868 | 9/15/03 | 4:59 p.m. | Dan MacAuley | Tomasetta ¶ 27 | DM 7 |
| 15 | 2974 | 10/22/03 | 4:29 p.m. | Kim Frank | Barton ¶ 44 | KF 2 |
| 16 | 2981 | 10/22/03 | 4:52 p.m. | Kim Frank | Tomasetta ¶ 34; Barton ¶ 45 | KF 3 |
| 17 | 3149 | 9/21/03 | 4:39 p.m. | Melissa | Tomasetta ¶ 30 | Mel 2 |
| 18 | 4507 | 10/20/03 | 2:36 p.m. | Dan MacAuley | Tomasetta ¶ 32 | DM 8 |
| 19 | 4558 | 10/21/03 | 3:45 p.m. | Dan MacAuley | Tomasetta ¶ 33 | DM 9 |
| 20 | 4586 | 10/22/03 | 11:18 a.m. | Kim Frank | Tomasetta ¶ 34; Barton ¶ 43 | KF 1 |
| 21 | 2991 | 10/22/03 | 5:48 p.m. | Kim Frank | Tomasetta ¶ 35 | KF 4 |
| 22 | 1846 | 9/20/03 | 7:13 p.m. | Melissa | Tomasetta ¶ 29 | Mel 1 |
| 23 | *N-216* | 9/29/03 | afternoon | Michelle Coppola | Barton ¶ 38 | MC 1 |

United States v. 25 Royal Road
Civil Case 07-10191-DPW
Photographs

| Ex. | DEA Ex # | Date | Subject | Affidavit Ref |
|---|---|---|---|---|
| 24 | N-210 | 9/16/03 | Kurt Walter approaching BMW | Barton ¶ 27 |
| 25 | N-226 | 10/21/03 | Dan MacAuley with box | Barton ¶ 41 |
| 26 | N-225 | 10/22/03 | Kim Frank with taxi | Barton ¶ 46 |

Other Evidence

| | | | | |
|---|---|---|---|---|
| 27 | N-264 | 12/2/03 | Scale with marijuana residue seized at 25 Royal Road | Brackett ¶ 19 |
| 28 | CD of Bannerman Calls | | | |
| 29 | CD of McCarthy Calls | | | |
| 30 | CD of MacAuley Calls | | | |
| 31 | CD of Kim Frank Calls | | | |
| 32 | CD of Melissa Walter Calls | | | |

Exhibits Offered During Cross Examination

| | | |
|---|---|---|
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |