```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
       v.                      ) Civil Action No. 04-10191-DPW
                               )
25 ROYAL ROAD, BROOKLINE,      )
MASSACHUSETTS,                 )
            Defendant.         )
_____)
KURT WALTER, and               )
MELISSA WALTER,                )
            Claimants.         )
```

**NOTICE OF FILING PROPOSED JUDGMENT**

The United States respectfully submits a proposed Final Judgment and Order of Forfeiture as to the Remaining Interest in the Defendant Res. This proposed order has been submitted in advance to counsel for Claimant, who agrees that it is in appropriate form.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Nancy Rue
                              Nancy Rue
                              Assistant U.S. Attorney
```

DATED:    August 23, 2007

**Certificate of Service**

I certify that this Notice has been sent by electronic mail to Claimant's counsel William Cintolo.

```
                         By:  /s/ Nancy Rue
                              Nancy Rue
```