| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>04-10191-DPW |
|---|---|
| DEFENDANT<br>$722,767.42 as substitute <u>res</u> for 25 Royal Road, Brookline, Massachusetts | TYPE OF PROCESS Final Judgment & Order of Forfeiture To One-Half and Settlement Agreement |

FILED IN CLERKS OFFICE 2007 SEP 28 P 2:20 U.S. DISTRICT COURT DISTRICT OF MASS.

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2007 MAR 13 A 1:41

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Check No. 4638-00526893 in the amount of $43,029.70 made payable to the US Marshals Service |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please dispose of the above-named asset according to the attached Final Judgment & Order of Forfeiture As To One-Half Interest In Defendant Res Claimed by Melissa Walter, the attached Settlement Agreement, and applicable law. Contact person: Christine Karjel, Financial Administrator, US District Court for the District of Massachusetts, 748-9134. Thank you.

CATS No.  04-DEA-429726     NES ext. 3280

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>2/13/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/13/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service<br>9/10/07 | Time<br>am / pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: ~~[struck through]~~ Transferred to the Asset Forfeiture Fund, per Final Order dated Aug 23, 2007.    (1)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT